THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
KURT A. DREIBHOLZ (SBN 212779)
kdreibholz@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

Attorneys for Defendant and Counter-claimant
THE KETCHUM GROUP, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON GAINER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KETCHUM GROUP, INC., d/b/a OUTDOOR TECHNOLOGY,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No.: 8:17-CV-00672<br><br>[Hon. James v. Selna]<br><br>**DEFENDANT AND COUNTER-CLAIMANT THE KETCHUM GROUP, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date: April 16, 2018<br>Time: 1:30 p.m.<br>Courtroom: 10C |

NOTICE OF MOTION FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that on **April 16, 2018, at 1:30 p.m.,** or as soon thereafter as counsel may be heard by the Court in the above-entitled matter located in Courtroom 10C at 411 West Fourth Street, Santa Ana, California, Defendant and Counter-Claimant The Ketchum Group, Inc. ("Ketchum"), by and through its attorneys, will and hereby does, move for summary judgment.

The motion will be made on the ground that Plaintiff cannot have (and Defendant cannot infringe) any protectable copyright interest in the accused silhouette of Bigfoot for the following reasons.  First, Plaintiff's Big Foot Statue is an unlawful derivative work because Plaintiff copied the Patterson-Gimlin Bigfoot without obtaining permission from the owners of the copyright to that film.  Second, even if Plaintiff's Bigfoot Statue was not an unlawful derivative work, any copyright interest he has in the statute does not extend to the silhouette because the silhouette does not contain sufficient original material to qualify for copyright protection.  Further, to grant Plaintiff a copyright in the silhouette would give him a monopoly over the "infamous" Patterson-Gimlin Bigfoot" from which his own statute was copied.

For the reasons stated in Defendant's moving papers, there is no genuine dispute as to any material fact and that summary judgment should be entered as a matter of law.

This motion is made pursuant to Federal Rule of Civil Procedure 56, the Memorandum of Points and Authorities, Declaration of Charles Gugliuzza, the Declaration of Sean M. Kneafsey, the Request for Judicial Notice, and the exhibits filed concurrently herewith, all pleadings and papers on file in this action, and on such other matters as may be presented to the Court at the hearing on this motion.

- 3 -

1       This motion is made following the conference of counsel pursuant to L.R. 7-3
2 which took place on February 26, 2018.

3

4   DATED: March 12, 2018      THE KNEAFSEY FIRM, INC.

5
                                        */s/ Sean M. Kneafsey*
6                             By _____
                                      Sean M. Kneafsey
7                             Attorneys for Defendant and Counter-Claimant
                            THE KETCHUM GROUP, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28