THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
KURT A. DREIBHOLZ (SBN 212779)
kdreibholz@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

Attorneys for Defendant and Counter-claimant
THE KETCHUM GROUP, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON GAINER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KETCHUM GROUP, INC., d/b/a OUTDOOR TECHNOLOGY,<br><br>Defendant.<br><br>AND RELATED COUNTER CLAIMS | Case No.: 8:17-CV-00672<br><br>[Hon. James V. Selna]<br><br>**DECLARATION OF SEAN M. KNEAFSEY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:       April 16, 2018<br>Time:      1:30 p.m.<br>Courtroom: 10C |

I, Sean M. Kneafsey, declare:

1. I am an attorney of record for Defendant The Ketchum Group, Inc. in this matter and am the principal of The Kneafsey Firm. I am over the age of 18 and have personal knowledge of the matters stated herein. If called, I would and could testify to the same.

2. The following Bigfoot silhouette was taken by me from page seven of Plaintiff's complaint.



3. Exhibit 1 is a true and correct copy of Plaintiff's First Amended Responses to Interrogatory, Set One.

4. Exhibit 2 is a true and correct copy of relevant portions of the Deposition of Plaintiff Cameron Gainer. For purposes of citing to the deposition transcript in this motion, Defendant used deposition transcript page numbers rather than the page numbers assigned for purposes of marking the exhibit.

5. Exhibit 3 is a true and correct copy of certified copies of the copyright registration for the famous Patterson Gimlin film of Bigfoot titled "BIGFOOT-BLUFF CREK, CA. 1967" which was registered under the number PA 175-821. In addition, following this registration is a copy of a certified copy of the renewal of this copyright registration which was registered under the number RE 718-448. I obtained these certified copies from the Copyright Office of the United States of America.

6. Exhibit 4 is a true and correct copy of documents produced by Plaintiff Cameron Gainer in this action in response to Defendant's requests for production of documents. These documents were attached as part of Exhibit 28 to the Deposition

1  of Cameron Gainer and authenticated by Mr. Gainer at page 73 of his deposition.
2  (*See* Ex. 2 at 72:16-73:20).  Mr. Gainer also identified these documents as part of
3  the material he referred to in creating his statue.  (*See* Ex. 1 at Response 1).
4        7.    Exhibit 5 is a true and correct copy of documents Plaintiff produced in
5  this action in response to Defendant's requests for production of documents.  These
6  documents were attached as part of Exhibit 29 to the Deposition of Cameron Gainer.
7  Mr. Gainer authenticated this exhibit at page 91 of his deposition.  (*See* Ex. 2 at
8  91:7-21).  Mr. Gainer also identified these documents as part of the material he
9  referred to in creating his statue.  (*See* Ex. 1 at Response 1).  The following Bigfoot
10 image is taken from the same website page
11 (http://www.oregonbigfoot.com/patterson.php) which is page 99
12 (GAINER0000304) of Exhibit 5:



20 Mr. Gainer stated in his deposition at various times, including at page 172:8-15, that
21 this is Frame 352 from the Patterson Gimlin film.  I used the version from the
22 website, as opposed to that contained in Exhibit 5 due to the quality of the image on
23 the version of this document that was produced by Plaintiff.
24        8.    Exhibit 6 is a true and correct copy of documents produced by Plaintiff
25 in this action and that were contained as portions of Exhibit 26 to the Deposition of
26 Cameron Gainer.  Mr. Gainer authenticated this document at (among other places)
27 pages 57:2-16 and 58:11-14 of his deposition.
28

KNEAFSEY DECLARATION

9. Exhibit 7 is a true and correct copy of portions of the book titled *Meet the Sasquatch* by Christopher L. Murphy in association with John Green & Thomas Steenburg, copyright 2004. Mr. Gainer also identified these documents as part of the material he referred to in creating his statue. (*See* Ex. 5 at GAINER0000294; Ex. 1 at Response 1).

10. Exhibit 8 are true and correct copies of images of Bigfoot products and books that have been on sale on Amazon.com during this litigation. I have personally ordered each of these products during this litigation. Samples of each of these products are available for inspection.

11. Exhibit 9 is a true and correct copy of the following Bigfoot images. The first image is Plaintiff's Bigfoot Statue taken from page seven of Plaintiff's Complaint. The second image is the Patterson Gimlin Bigfoot referenced in paragraph 7 above. The third image is the Patterson Gimlin Bigfoot used by Plaintiff in his project proposal which is contained in Exhibit 4. The fourth image is the Ketchum Bigfoot Silhouette referenced in paragraph 2 above.

12. Exhibit 10 is a true and correct copy of Plaintiff's Copyright Application for his photograph of Plaintiff's Bigfoot Statue that was produced by Plaintiff in this action.

13. Exhibit 11 is a true and correct copy of Plaintiff's Copyright Application for Plaintiff's Bigfoot Statue that was produced by Plaintiff in this action.

14. Exhibit 12 is a true and correct copy of United States Design Patent No. 16,728, that I obtained from the United States Patent and Trademark Office website. This Design Patent was referenced in the case of *L. Batlin & Son, Inc., v. Snyder,* 526 F.2d 486, 488 (2nd Cir. 1976) ("Uncle Sam mechanical banks have been on the American scene at least since June 8, 1886, when Design Patent No. 16,728, issued on a toy savings bank of its type.").

15. Exhibit 13 is a true and correct copy of a photograph of the J.S.N.Y. Uncle Sam Bank that was at issue in *L. Batlin & Son, Inc., v. Snyder,* 526 F.2d 486, 488 (2nd Cir. 1976). I ordered this Uncle Sam Bank from Amazon.com and the actual bank is available for inspection at my office. As reflected in the *Batlin* decision, the bank states "The plastic bank carried the legend "(c) Copyright J.S.N.Y." *L. Batlin,* 526 F.2d at 488. The last three pages of this exhibit contain the order information from Amazon.com regarding the bank.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 12, 2018, in Los Angeles, California.

*/s/ Sean M. Kneafsey*

Sean M. Kneafsey