

PENGAD 800-631-6989

**EXHIBIT**

29

GAINER

**EXHIBIT 5 - PAGE 86**

GAINER0000243



Roger Patterson compares his foot with a cast taken from Bluff Creek, California where he shot his famous 1967 film footage of a female Bigfoot.

Dimensions of Bluff Creek Cast

Two frames from Patterson's 1967 film, showing a female Bigfoot striding across a Bluff Creek sand bar. The lower photo clearly shows the large flat padded foot and toes.

## About This Cast

**Bigfoot Footprint Cast from Bluff Creek, California**—Footprints were located by a Forest Service timber cruiser, Pat Graves, on Laird Meadow Road, near Bluff Creek in northern California, on October 20, 1964. The creature had come down the mountain, crossed the road, gone down around an old logging landing and then over the bank into the brush. The track displayed an average step of 52 inches and the individual footprints measure 17 inches long by 7.5 inches wide. The next day they were pointed out to Roger Patterson who made this plaster cast. The cast print is presumably that of a male whose footprints had been seen in the region over a number of years, with casts having been made near Bluff Creek in 1958 and nearby at Hyampom, California, in 1963.

Patterson, R. Do Abominable Snowmen of America Really Exist? Yakima: Northwest Research Association, 1966.

**EXHIBIT 5 - PAGE 87**

GAINER0000274

EVALUATION OF ALLEGED SASQUATCH FOOTPRINTS AND THEIR INFERRED FUNCTIONAL MORPHOLOGY                07/12/2006 04:00 PM



### FOR A LARGER VIEW CLICK ON IMAGE

#### Patterson-Gimlin Film Subject

In October 1967, Roger Patterson and Bob Gimlin claimed to have captured on film a female Bigfoot retreating across a loamy sandbar on Bluff Creek, in northern California. The film provides a view of the plantar surface of the subject's foot, as well as several unobstructed views of step cycles. In addition to a prominent elongated heel, a midtarsal break is apparent during midstance and considerable flexion of the midtarsus can be seen during the swing phase. The subject left a long series of deeply impressed footprints. Patterson cast single examples of a right and a left footprint. The next day the site was visited by Robert Laverty, a timber management assistant and his sales crew. He took several photographs including one of a footprint exhibiting a pronounced pressure ridge in the midtarsal region. This same footprint, along with nine others in a series, was cast two weeks later by Bob Titmus, a Canadian taxidermist. A model of inferred skeletal anatomy is proposed here to account for the distinctive midtarsal pressure ridge and "half-tracks" in which the heel impression is absent. In this model the Sasquatch foot lacks a fixed longitudinal arch, but instead exhibits a high degree of midfoot flexibility at the transverse tarsal joint. Following the midtarsal break, a plastic substrate may be pushed up in a pressure ridge as propulsive force is exerted through the midfoot. An increased power arm in the foot lever system is achieved by heel elongation as opposed to arch fixation.

### FOR A LARGER VIEW CLICK ON IMAGE

**EXHIBIT 5 - PAGE 88**

GAINER0000278



**EXHIBIT 5 - PAGE 89**

GAINER0000287



**EXHIBIT 5 - PAGE 90**

GAINER0000288



**EXHIBIT 5 - PAGE 91**

GAINER0000289



**EXHIBIT 5 - PAGE 92**

GAINER0000290



**EXHIBIT 5 - PAGE 93**

GAINER0000292



**EXHIBIT 5 - PAGE 94**

GAINER0000294

Anatomorphex – MN016 Print

*Nation a C Fabre technology*

07/09/2006 11:32 AM

# ANATOMORPHEX
### SPECIAL EFFECTS

**8210 Lankershim Blvd. #14 /North Hollywood, CA 91605 (818)768-2880 (818)768-4808 fax**
Professional service from behind the scenes since 1980.



## MN016 SASQUATCH
**ING FINANCIAL commercial. Paul Middleditch, director.**

**Specifications:** One 6' to 6'10" tall, life-size walkaround suit.
**Materials:** Foam latex, four way stretch fur, slip cast latex, spandex, soft foam, plastics and aluminum armature wire.
**Movments:** General body and head movement, with actor's madeup eyes and lids. Mouth and extension hands are posable. Also has shorter, glove hands for hand movement.

back | home

©2004 Anatomorphex All Rights Reserved
www.anatomorphex.com

**EXHIBIT 5 - PAGE 95**

GAINER0000295

**Bigfoot Encounters**

# GPS Co-Ordinates For the PG-Film Site
# and
# The Patterson-Gimlin Film Footage Enhancements

*Scroll down for stabilized Patterson Film enhancements by M.K.Davis...*

**GPS co-ordinate readings for the Patterson-Gimlin Film site:**

**N. 41*26.301 W. 123*42.357 Elevation: 2560' -72'**

The Patterson-Gimlin Film:

Sometimes referred to as the PGF; the best evidence for the existence of sasquatch happened on October 20, 1967 at Bluff Creek, California.

Roger Patterson and Bob Gimlin were on riding horseback when suddenly they were able to film a sasquatch with a 16-mm camera. The film showed a female sasquatch - breasts are evident in parts of the clip - walking along a sandbar in broad daylight.

It is the only film evidence to date that is corroborated with tracks plus anatomical details and motion of the filmed sasquatch is consistent with other digitally enhanced film analysis. With the gait, length of stride, locomotion and general biomechanics of the sasquatch, the general science communities by a 9 to 1 margin call the film authentic.

As far as a hoax by any manner, over the years there have been many feeble challenges, -yet no actor or costumed hoaxer has been able to duplicate the mechanics of the creature's gait, the depth of its footprint, length of stride or length of arm skeletal structure.

In the ensuing years, no one has been able to demonstrate anything that challenges its authencity.

GPS co-ordinate readings for the Patterson-Gimlin Film site: N. 41*26.301 W. 123*42.357 Elevation: 2560' -72'

M.K. Davis' frame by frame rendition of the Patterson Film is located on this website here: **http://www.bigfootencounters.com/files/mk_davis_pgf.gif**

Further enhancements here: **http://www.bigfootencounters.com/files/Walkingwithbigfoot.gif**

This enhanced film segment begins with the subject dragging its foot across Dahinden's famous wood fragment and then it shows the face... The enhanced more stabilized version moves on to the red-filtered frame 350. From there it does the cha-cha to show the back muscles and independent movement clearly seen between the cheeks of the

EXHIBIT 5 - PAGE 96

GAINER0000301

buttocks; the clip goes on to show the motion of the right thumb touching the fingers (if you're quick)
... all in one convenient file.
The enhancement is the work of © M.K. Davis. December 2005

Also, check out this **track animation** by M.K. Davis December 2005
Then, in this rather large file - but combined with the above 'track animation' file, we clearly
see Hieronimus condemn himself as a prevaricator and a hoaxer extraordinaire...
**http://www.bigfootencounters.com/files/Hieronimus_testimony.mpg**
**Plays with Quicktime**

*Grateful appreciation to Marlon K. Davis for his work on this film & sharing it with us...*

***Back to Bigfoot Encounters Main page***
***Back to Newspaper & Magazine Articles***
***Back to Bigfoot Encounters "What's New" page***

**EXHIBIT 5 - PAGE 97**

GAINER0000302

'BIGFOOT' FILM TO BE EXPOSED AS HOAX ON MARCH 1ST (2/24/2004):
http://groups.yahoo.com/group/nhnenews/message/6813
WORLD FAMOUS 1967 ROGER PATTERSON "BIGFOOT" FILM TO BE
EXPOSED AS A HOAXON THE JEFF RENSE PROGRAM - MARCH 1,
2004Press ReleaseJeff Rense ProgramFebruary 23, 2004http://www.rense.comThe
world famous Roger Patterson 'Bigfoot' film, taken in 1967 at Bluff, Creek,
California, which has baffled scores of scientists and skeptics alike for nearly 40
years, will finally be proven to be a HOAX.This new, stunning evidence will be
revealed on nationally-syndicated Jeff Rense Program Monday, March 1, 2004, 7-
10pm Pacific Standard Time. Jeff Rense is heard on over 100 stations in the US
and also broadcast around the world online."I am looking forward to hearing this
remarkably important new evidence which is promised to, at long last, bring in a
final verdict on thePatterson Bigfoot film controversy. The public has a right to the
know the facts, and I am expecting some shocking and surprising new information
and details." said Rense, host of the popular program known for its hard-hitting
journalism.The Jeff Rense Program exclusive three hour feature story will be truly
historic and definitive, and features the following guests:1) Kal Korff, -
Internationally-known Author, Broadcaster, and Prague-based Investigative
Journalist, who has written the Foreword for the explosive new book, The Making
of Bigfoot: The Inside Story, which blows open the Patterson Bigfoot case. Korff
will discuss the secret investigation that was launched years ago that finally broke
the Patterson case, plus other projects that will affect the public that are coming
up.2) Joining Kal Korff on the program will also be Executive Television Producer
Robert C. Kiviat, President of Kiviat Productions, best known for his highly-rated
Fox network TV specials such as Alien Autopsy: Fact or Fiction?, and World's
Greatest Hoaxes: Secrets Finally Revealed, which first began to crack open the
Bigfoot hoax. Kiviat will talk about the development of his TV special and efforts
to bring the expose to the airwaves.3) Also featured on the Rense Program will be
Greg Long, author of the historic, new expose book, The Making of Bigfoot, which
rips open the legend of the Patterson film. Long will present and document his
exclusive, hard-boiled evidence that proves the case is a fraud.The HIGHLIGHT of
the program is truly an historic event: author Greg Long will also have with him a
surprise, 'mystery' guest - THE VERY MAN WHO ACTUALLY WORE THE
BIGFOOT SUIT IN THE PATTERSON FILM HOAX.His name and identity will
finally be revealed, and he will talk live for the first time ever in public.4) The
final segment of the The Jeff Rense Program will feature Prague-based Czech
Broadcaster and Journalist, Michaela Kocis, author of the exclusive newspaper
expose about the breakthrough book and the solving of the Patterson film
hoax.Says host Jeff Rense, "The Patterson film is considered by many to be the
single, greatest piece of hard evidence for the reality of a Bigfoot-like creature. On
March 1, 2004, this particular, historic piece of evidence is promised to be laid to
rest." "It is critically-important to expose fraudulent cases whenever possible. Not
only will the man who reportedly wore the costume give his testimony but a
number of other revelations are promised as well, including learning the identity
of the man who allegedly made and sold the costume to Patterson for the film. This
program promises to be a blockbuster."CONTACT INFORMATION:The Jeff
Rense Program1-800-876-4123

EXHIBIT 5 - PAGE 98

GAINER0000303




30,000 **TRAILS** UNLIMITED **TOPOS**   TRY IT FREE

OREGONBIGFOOT.COM
THE LEGEND LIVES™

OREGON SIGHTINGS
NATIONWIDE DATABASE
REPORTS RECENTLY ADDED
AUTUMN'S PHOTO JOURNAL
PHOTO AND VIDEO GALLERY
SOUND RECORDINGS
BIGFOOT BOOKS AND FILMS
BIGFOOT ART GALLERY
FREQUENTLY ASKED QUESTIONS
ABOUT US
LINKS
HUMOR

SUBMIT A REPORT
VOLUNTEER
FREE NEWSLETTER!
SUPPORT OREGONBIGFOOT.COM

Subscribe to:
Oregonbigfoot.com Newsletter
Please read the subscription
instructions thoroughly!
YOU MUST HIT SUBMIT ON THE NEXT
PAGE!
(please make sure you enter
your email address correctly
and REPLY to the confirmation
email!)

Name: _____

Email: _____

[Subscribe]

Add this site to your favorites!

Proud to be sponsored by:



## The Patterson/Gimlin Film



What is the Patterson/Gimlin Film?
Attempts to debunk the film
Rebuttals from experts who maintain the film is authentic
Links to more information

**What is the Patterson/Gimlin Film?**

The Patterson-Gimlin film is a movie of a Bigfoot creature taken by Roger Patterson and Robert Gimlin in 1967. Both men lived near Yakima, Washington State. Patterson had been involved in the search for the elusive Bigfoot or Sasquatch for many years and had written a book on the subject entitled Do Abonimable Snowmen Of America Really Exist? In this book, he calls attention to the significant amount of evidence that supports the creature's existence. Gimlin, a highly experienced outdoorsman, was a close friend of Patterson and agreed to accompany him on a wilderness expedition to search for the creature.

Equipped with a 16mm hand-held Kodak movie camera, the two searchers set out on horseback in October, 1967 and explored the wilderness regions in northern California. They concentrated their search in the area near Bluff Creek which is in the Six Rivers National Forest. Bluff Creek itself, is about 38 air miles south of the California/Oregon border and 18 air miles inland from the Pacific Ocean. This region was selected because Bigfoot footprints had been found there in prior years. A road was constructed into Bluff Creek in 1957, opening the area, which up to that time had been remote wilderness. Road construction workers noticed large human-like footprints in the soft soil which were reported to the press by Jerry Crew in October, 1958. The word "Bigfoot" was used in the press release and has now become a common name for the creature. Subsequent investigations at that time revealed tracks of six different sizes, indicating that a number of creatures frequented the area. Footprint sizes ranged from 12¼ inches to 17 inches long.



photo credit: Roger Patterson

In the early afternoon of October 20, 1967 Patterson and Gimlin spotted a female Bigfoot down on the creek gravel sandbar. Patterson's horse reared in alarm at the sight of the creature, bringing both horse and rider to the ground, Patterson pinned below. Being an experienced horseman, he quickly disengaged

**EXHIBIT 5 - PAGE 99**                                                    GAINER0000304

Bigfoot Pictures, Bigfoot Photos, Sasquatch Photo Gallery                                    07/21/2006 06:28 PM























himself and grabbed his camera. While running toward the creature, Patterson took 24 feet of colour film footage. During this time, the creature quickly but calmly walked away across the sandbar into the woods. In the meantime, Gimlin observed the whole scene, rifle in hand, in case his friend was attacked by the creature. The men had previously agreed that under no circumstances would they shoot a Bigfoot unless in self-protection. The creature, estimated to be 7 feet 3½ inches in height and weighing 700 pounds, left footprints 14½ inches long by 6 inches wide. In that part of Bluff Creek, there is a sandy clay soil with a blue-gray tinge. This type of soil holds footprints remarkably well for a long period of time.

Fearing a possible confrontation with the creature and perhaps others of its kind, the two men decided not to pursue their prey into the forest. They reasoned that they had photographic evidence of its existence and did not want to put the creature or themselves in jeopardy.

The film has been studied by many scientists throughout the world who continue to remain divided on the authenticity of the sighting. Roger Patterson died in January, 1972 steadfast in his belief in the creature's existence. Robert Gimlin, who now resides in Yakima, also continues to maintain that what he saw was the elusive North American Bigfoot. To this time, no firm evidence has surfaced to cast a doubt on this truly amazing discovery.

From: Internet Virtual Bigfoot Conference Digest, 1996, V2 #111

Argosy Magazine Article, February 1968
**First Photos of "Bigfoot" California's Legendary "Abominable Snowman"**
Ivan T. Sanderson

At three-thirty p.m. on the twentieth of October last year, two young men, Roger Patterson and Bob Gimlin, were "packing" it on horseback into one of the last remaining great wilderness areas, northeast of Eureka, California. Their saddlebags contained, on one side, rifles and grub and, on the other, ready-loaded movie and still cameras and other equipment. They were following a creek which had been washed out two years ago in the terrible floods that devastated most of northern California. This was some twenty miles beyond the end of an access road for logging and about thirty-five miles in from the nearest and only blacktop road in this vast, as yet not fully mapped area of National Forest. I have been up this Bluff Creek and, as a botanist, I can tell you that it is rugged — four layers or tiers of trees, the tallest up to 200 feet, and a dense undergrowth. Also, the terrain goes up and down a gigantic sawtooth.

Roger and Bob rounded a sharp bend in the sandy arroyo of the creek. Then it happened. The horses reared suddenly in alarm and threw both the riders. Luckily, Roger fell off to the right and, being an experienced horseman, disengaged himself and grabbed his camera. Why? Because he had spotted what had turned their horses into mad broncos. About 100 feet ahead, on the other side of the creek bed, there was a huge, hairy creature that walked like a man!

The way Roger described it to me would not, I am afraid, make much sense to you; but then, Roger had been hunting this sort of creature for many years. What he actually said was: "Gosh darn it, Ivan, right there was a Bigfoot. And, fer pity's sakes, she was a female! Just wait till you see the film." Roger is a Northwesterner and he does not waste words, but what he does say, I listen to. This is what he told me:

"On the other side of the creek, back up against the trees, there was a sort of man-creature that we estimated later, by measuring some logs that appear in the film, to have been about seven feet tall. Both Bob and I estimate — and this pretty well matched what others told us from examination of the depth to which her tracks sank into hard sand— that she would weigh about three

http://www.oregonbigfoot.com/patterson.php

**EXHIBIT 5 - PAGE 100**

GAINER0000305



**Useful Online Resources:**

Enter for a chance to WIN A
$2500 Wal-Mart GIFT CARD!

This website will tell you...
HOW TO GET ALMOST
ANYTHING FOR FREE!
Check it out!

Ever two weeks, I get a check
in the mail. So can you!



hundred and fifty pounds. She was covered with short, shiny, black hair, even her big, droopy breasts. She seemed to have a sort of peak on the back of her head, but whether this was longer hair or not I don't know. Anyhow, hair came right down her forehead to meet her eyebrows, if she had any; and it came right up to just under her cheekbones. And — oh, get this — she had no neck! What I mean is, the bottom of her head just seemed to broaden out onto and into her wide, muscular shoulders. I don't think you'll see it in the film, but she walked like a big man in no hurry, and the soles of her feet were definitely light in color."

This last bit got me, as I have seen really black-skinned Melanesians with pale pink palms and soles. I don't want to sound facetious, but this whole thing gets "hairier and hairier," as you will see in a moment. Roger did something then that I have never known any professional photographers to do, even if his camera was loaded with the right film, he had the cap off the lens, the thing set at the right F stop and so on. He started running, hand-holding his Kodak sixteen-mm loaded with Kodachrome film, trying to focus on this "creature." What he got was just about what any amateur would get in such circumstances. But then he got a real break. As he puts it:

"She was just swinging along as the first part of my film shows but, all of a sudden, she just stopped dead and looked around at me. She wasn't scared a bit. Fact is, I don't think she was scared of me, and the only thing I can think of is that the clicking of my camera was new to her."

"Okay," I said. "Tell me this, Roger — the hunting season was on, wasn't it?" "You're darned shooting right it was," Bob Gimlin chimed in. "And out that way, anything moving with fur on it is liable to get shot." But actually, there just aren't any hunters way up there, twenty miles beyond the only road, known as the Bluff Creek access. Could it be that this Mrs. Bigfoot knew all about guns but was puzzled by the whirring of a small movie camera? And another thing: everybody who says they have been close to one of these creatures or has found one of their "beds" has stressed the ghastly, nauseating stink they exude and leave behind. Was this what really scared the horses or did the horses scare the "Adorable Woodsman," which is my name for the lady?

(While we referred to this in the title as the "Abominable Snowman" for purposes of quick identification, the Bigfoot or Sasquatch, zoologically, has nothing to do with the Himalayan Abominable Snowman known for centuries in Asia and first brought to the attention of the western world in 1921. Our lady is a form of primitive, full-furred human. The Yeti, or Abominable Snowman of the Himalayas is some sort of giant, rock-climbing ape, in my opinion, and that of Professor Carleton S. Coon. The Yeti footprints found have an opposed big toe, almost like a hand. The Bigfoot has an unopposed toe, such as is seen only on human-type creatures.)

While Roger took the film, Bob got the horses calmed down and then rode over the creek. Roger was running again after the Bigfoot, still hand-holding his movie camera. Despite the logs and trash on the route she took — and it was not even a game trail — he got some parting shots which turned out to be of particular interest to the scientists. But we will come to that later.

At that point, I asked Bob — because he was then what is called "the back-up man," which means that he was now close enough to see Roger clearly — "Just what was Roger doing?"

"He was running like hell, jumping them logs and going up into the real thick bush."

"Did you see her, too?"

"Yeah, Ivan, but way ahead and really taking off for the hills."

**EXHIBIT 5 - PAGE 101**

GAINER0000306

This brought me up sharp, because I had by this time viewed their film (and half a dozen out-takes, blown up, in full color as transparencies, which I had examined under strong magnifying lenses on an illuminated shadow-box several times and projected by three different projectors). In every case, the creature was — at standard speed for photos (twenty-four frames per sec) — as Roger said, at first just ambling along, swinging her rather long arms, not running scared, and even stopping for a brief look-see over her shoulder as it were; then ambling on again into the deep woods... Yet here was the back-up man saying that she had taken off for the hills. Roger, however, backed up his back-up man unprompted.

"When she got around the corner and into the real heavy stuff [timber and underbrush] she did take off-running, I mean — because, when we lost her tracks on pine needles after tracking her for about three-and-a-half miles, we took plaster casts of her tracks. Now, down by the creek, in the sand, where we first spotted her, her stride was from forty to forty-two inches from the back of the heel on the left side to the back of the right heel ahead; but when she got really going, she left tracks that measured sixty-five inches from back heel to back heel. Man, she was running just like you and I do!"

"Why 'she'?" I asked Roger.

"Well, Ivan, let's run that film through again, and you tell me, as a trained zoologist, if that thing has pendant breasts or not."

We ran the film again, slowly, and we had a stop-and-hold device on the projector by which we can hold any frame without fear of burning it. This we did and, so help me, there are definitely large, pendant breasts fully covered with short, black hair. No ape (or monkey) is known to have had any such development of the female mammary glands. Human beings, on the other hand, do — frequently.

Roger Patterson and Bob Gimlin actually have nothing much more to add. They presented us, both newsmen and scientists, with this film for appraisal. We viewed it, and our findings follow. But, for my money, these young men, after six years of sensible effort, have turned up with the first bit of (possibly) concrete evidence for something that, however fantastic it may sound, has been going on for years, both in this country and Canada — and a lot of other places in the world, like Russia, for instance. So let me get down to a proper analysis from both a scietific and journalistic point of view. Before I do this, however, I want to say that, in this day of technology, 'anything' can be a hoax. But elaborate hoaxes cost a lot of money, and if they are to fool scientists and the like, they also require plenty of knowledge. Anyway, here's what we did to verify and check it out:

I have known Roger Patterson by correspondence for about six years. He tells me — and this flatters me to hell — that he got interested in this business from reading a book I published in 1961, entitled Snowmen: Legend Come to Life, (Chilton), which was a compendium of all I had been able to find in published form on this subject up to that date. I, myself, had been researching it since 1930. During this work, I found that the British had first become cognizant of the matter in Asia in 1921, and quite by mistake. However, as I went back in history, I discovered that just such hairy, primitive, non-tribalized humanlike creatures have been reported by scholars of various cultures and in literature for centuries from almost all over the world. Thus, what Roger Patterson and Bob Gimlin achieved is not just an isolated incident. It fits a pattern, and precisely. But what happened next?

Well, these young men had the sense to get their film carefully processed, under guard, a copy made, and the original locked up in a vault so that it could not be scratched, stolen or destroyed. Then they went to the one group of people who really know about "faking" things — especially like "King Kong," "apemen" and other phony monsters — namely, Universal Pictures in Hollywood.

**EXHIBIT 5 - PAGE 102**

GAINER0000307

Bigfoot Pictures, Bigfoot Photos, Sasquatch Photo Gallery

07/21/2006 06:28 PM

There they met Dale Sheets, head of the Documentary Film Department, and top technicians in what is called the Special Effects Department, who are the men who have actually made such things for the movies. They asked the technicians, in effect: "Look at this strip of film, fellows, and then tell its if you could reproduce that for us." "No," the experts answered. "Maybe if you allotted a couple of million bucks, we could try, but we'd have to invent a whole set of new, artificial muscles, get a gorilla's skin and train an actor to walk like that. It might he done, but offhand we'd say it would be nearly impossible."

So then Bob and Roger applied to various groups of American scientists out west. None were seriously interested. There were, however, two Canadians who had also been looking into this matter in their country, where the creatures have been named Sasquatches (suss-kwatches). These Canadians, Mr. John Green, a newspaper publisher of Harrison Lakes, British Columbia, and Rene Dahinden, originally a Swiss mountaineer but for the past two decades a government forestry officer for the Canadian government, flew down to Yakima, Washington, and invited Roger, Bob, and Roger's brother-in-law, Al De Atley, to come up to British Columbia and give a group of scientists there a showing.

They did, in Vancouver. At this meeting, there were, in addition to Dr. Ian McTaggart-Cowan, Dean of Graduate Studies at the University of British Columbia, who is the province's leading zoologist, a dozen or so scientists, including Don Abbott, an anthropologist with the Provincial Museum in Victoria. Most of the scientists admitted in print that, though they had come to the meeting skeptics, they had left somewhat shaken. Here's how they stated their reactions in the Vancouver Province next day:

Dr. McTaggart-Cowan summed up the more cautious opinions when he said: 'The more a thing deviates from the known, the better the proof of its existence must be.'

Don Abbott spoke for the dozen or more scientists who appeared remarkably close to being convinced: "It is about as hard to believe the film is faked as it is to admit that such a creature really lives. If there's a chance to follow up scientifically, my curiosity is built to the point where I'd want to go along with it. Like most scientists, however, I'm not ready to put my reputation on the line until something concrete shows up — something like bones or a skull.

Frank Beebe, well-known Vancouver naturalist and provincial museum illustrator, commented: "I'm not convinced, but I think the film is genuine. And if I were out in the mountains and I saw a thing like this one, I wouldn't shoot it. I'd be too afraid of how human it would look under the fur. From a scientific standpoint, one of the hardest facts to go against is that there is no evidence anywhere in the western hemisphere of primate (ape, monkey) evolution — and the creature in the film is definitely a primate.

Beebe's objection, however, was typical of those given by other "experts" who ventured out of their own specialties to comment. Since I know something about primates and about geography, I brought this matter to the attention of Dr. Joseph T. Wraight, who happens to be the Chief Geographer of the U.S. Coast and Geodetic Survey. His statement appears in detail elsewhere in this magazine, but may I sum it tip here by saying that the distinguished Dr. Wraight — whose doctorate, by the way, is in Human Ecology — responded in effect, "Bunk!" to this last objection.

One leading American weekly appeared to have been sufficiently impressed by the film to fly Roger, Bob and Al, with their film (and out-takes from same, blown up) to New York to bear their story straight. Armed with the film and these statements, the three landed in New York and gave me a buzz. I was with them in two hours. And then the "jazz" began. Every time we called upon anybody, we were asked for "further confirmation." It was not easy, but we got it, step by step. But after a week of spending other peoples' money, the boys, as I call them — though they are all married and fathers — got a really rude,

**EXHIBIT 5 - PAGE 103**

GAINER0000308

flat and, in my opinion, senseless turn-down. So that's why the story I am writing is in these pages.

The boys have not asked anybody for a single cent for what they've got. All they wanted was to be reimbursed for their out-of-pocket expenses. (This has been done.) For the rest, they need sufficient funds to mount a properly equipped and trained small group to go into this or another wilderness area for a full year to stage a real hunt for a Bigfoot — captured alive or on film — or else at least for a skull or other physical evidence. The commonest question asked me about these Bigfoot (of California) and the similar Sasquatches of Canada is: "Why has nobody ever seen one?" The answer to this is that they have, and by the hundreds, and for a hundred years (let alone the earlier sightings by local Indians). One is even alleged to have been captured on the trans-Canada railroad's tracks in 1884, to have been examined by medical men and held in captivity for some time. It was even mentioned in official dispatches to the Crown by the (then) Colonial Governor of British Columbia. Further, I personally took an extended trip in 1959 to the West, covering just about every area from Alaska to California, and even the Canadian Northwest Territories, and interviewed several dozen people who said they had encountered these creatures. All my findings up to 1961 went into my book, mentioned earlier. Since then, however, further reports have continued to stream in at a minimum of once a month.

Meantime, eight groups that I know of went into the field, apart from Roger Patterson and Bob Gimlin, and I know that the last have several scores of interviews on tape with other "witnesses." What is more, none other than Dr. Vladimir Markotic, Associate Professor of Anthropology at the University of Calgary, Alberta, made two trips to the same areas and assessed the current reports two years ago.

The next most common question (from non-zoologists, that is) is usually: "Why, if there are so many of these big creatures running around, haven't we ever found a single bone of one?"

My answer is simply to go and ask any game warden, real woodsman or professional animal collector if he has ever found the dead body or even a bone of any wild animal — except along roads, of course, or if killed by man. I never have, in forty years on five continents! No, Nature takes care of her own, and damned fast, too. But there is another point here. These creatures are apparently not even tribalized. In fact, they seem to be lone hunters or gatherers, forming only small family parties that break up as soon as the youngsters can get along on their own. Unlike the next stages up the ladder to us people, they do not seem to bury their dead. If they did, we might have stumbled across their ritual burial grounds, even in caves — though such are rarities — where they are reported to live. Then, there is another very prevalent notion: Almost everybody except zoologists — and even many of them — seems to believe that no big, new animals could still remail undiscovered. This is a complete fallacy. First, despite all the howls about our population explosion, more than half the land surface of the earth has not yet been mapped, or for the most part, even pentetrated. Further, the world's second bulkiest land animal-Cotton's wide-lipped rhinoceros-was not found until 1910; the forest giraffe or okapi until 1911, and the giant sable antelope until 1929. Then there is the kouprey, the second largest ox, found in Indochina in 1936, and, of course, the Coelocanth fish in 1938, thought to have been extinct for some 70,000,000 years. I might add that two herds, numbering 400 and 300 head respectively, of forest bison-believed to have existed in not too pure a form in only one national park in Canada-turned up in 1960 only eighty miles from the new road going to Great Bear Lake. [The Komodo dragon, which is the largest known reptile, wasn't discovered until 1912. The mountain gorilla, an ape species peculiar to Africa, was a native legend for centuries — just like Bigfoot and the Abominable Snowman — but he wasn't established as a real creature by scientists until 1901.

**EXHIBIT 5 - PAGE 104**

GAINER0000309

[EDITOR'S NOTE.] The other most asked question comes from the zoologists and professional anthropologists. It is really twofold: (1) How could such a creature be in the North American continent, because not one single bone or tooth of any true monkey (as opposed to the South American monkeys, which are quite different) and much less an ape, has ever been found here? This is true, but then the same people turn right around and state that (2) our Bigfoots, Oh-Mahs and Sasquatches are hominids, meaning on the human branch of our old family tree! This I find to be completely ridiculous and totally unscientific.

Let me explain. First, let us leave "monkeys" of all kinds out of it, and concentrate on what scientists call the pongids (or apes) and the hominids (or man-types). True, no ape has turned up on this continent; and I'm not surprised because they are tropical animals and, although there have been mild, temperate times in the Bering Sea and the Aleutians, they had no reason to go meandering all the way up there and over here. The hominids, on the other hand, were represented by several types that lived in cold climates, even up to the ice front, in the case of the Neanderthalers; and, what is more, hominids in the form of what we call humans (i.e. Homo sapiens — such as our American Indians, and later the Eskimos — seem to have been able to get here over the land bridge, or the ice bridge at least, according to all the professional scientists. So, may I ask, why is it so all-fired impossible for earlier human types to have done the same? Also, would some anthropologist please explain how our brown bears, elk, moose and so on got over here from northeast Asia where they originated?

You can't have it both ways. Either these things are apes or they're manlike creatures. Everybody says they look like men (even if dressed in "monkey suits"). Men have gotten here, but the apes have not. Isn't this exactly what the true scientists have been saying all along?

Bob and Roger feel that these creatures are definitely human — or at least what scientists call hominid. They may be the last of their race, or subspecies, or other species of us "people." And Bob and Roger want them "conserved," or at least given a chance. Above all, they don't want mobs armed with high-powered, automatic rifles barging in by the thousands and driving the already overworked and understaffed sheriffs, local and state police out of their minds.

Another point: The Minister for Recreation of the Canadian Cabinet, Mr. Kenneth Kiernan, has expressed sincere interest in these efforts. So also has our Secretary of the Interior, the Honorable Stewart Udall. The conservation angle to all this is serious enough, but there are other angles that we will not go into at this time.

Now comes the end of the story.

The leading news media — but not the working press, I should stress — treated this whole thing as an uproarious joke. But one of our leading picture magazines showed geniuine interest and arranged for the films and out-takes to be shown to representatives of the departments of zoology and anthropology at the American Museum of Natural History. Once again, as in Canada, the press wire services were on hand but were informed in closed session, I am told by these experts that the whole thing was nothing but a colossal hoax. The exact expression used by their spokesman being, as reported to me, "not kosher!" And the reason is alleged to have been simply that such a creature as depicted was impossible. The use of this term would, in this case, seem to imply that while considered a hoax, it was short of a fraud; but, if the creature depicted is impossible, then, for my money, it can only be a man-made thing and thus an outright fraudulent design. I have failed to receive any suggestions for a third alternative. This is manifestly a most unsatisfactory, situation. Furthermore, their verdict pronounced upon the pictures was handed down so fast that no time could have been given for a proper, thorough and truly scientific examination of the pictures to have been made. Finally, the existence of such a

EXHIBIT 5 - PAGE 105

GAINER0000310

creature is not impossible. So, we — ARGOSY, that is — decided to do something practical. We did. It took time, patience and real cooperation from several other leading scientists. This is what we did:

First, our publisher, Mr. Harry Steeger, picked up the tab for the film and pictures, so that Bob and Roger and Al could get home for a couple of days for Thanksgiving. Next, I and my friend and partner, Desmond Slattery, drove down to Washington, D.C., where we set up a showing of the film and out-takes and blowups of all kinds. Then Argosy editor Milt Machlin flew down with the film, and brought his son Jason along, since he is a budding photographer — and an electronics wizard as well, in that he ran two tape recorders at different speeds for five solid hours. We then assembled the following persons:

Mr. N. O. Wood, Jr., Director of Management Operations for the U.S. Department of Interior, representing the Honorable Secretary of that Department, Stewart Udall, on his written request to us.
Dr. A. Joseph Wraight, Chief Geographer, U.S. Coast and Geodetic Survey (currently of the U.S. Department of Commerce) also a human ecologist.
Dr. John R. Napier, D.Sc., Director Primate Biology Program, The Smithsonian Institution. World-known expert on human, ape and monkey musculature, movement, and the anatomy of their hands and feet.
Dr. Vladimir Markotic, Associate Professor of Archeology at the University of Calgary, Alberta, Canadg. Also a physical anthropologist.
Dr. Allan Bryan, Professor of Anthropology at the University of Alberta, Edmonton, Canada.
Also present were several of us on "the other side of the fence" — let me call them the journalists or newsboys, or what you want. In addition to Des Slattery and Milt Machlin and myself, there was present Tom Allen, currently writer and editor on the editorial staff of The National Geographic Society. Tom has been a working newsman all his life; for seven years a feature writer and editor of the Sunday New York Daily News, then managing editor of Chilton Books of Philadelphia.

During a four-hour session, the films and stills were shown, examined under high magnification, challenged, questioned, argued about and studied. The scientists did not agree on all points. They did not even all see exactly the same details in the often hard-to-read blowups. But after careful scrutiny over a period of hours, not one voiced the suspicion that there was a vague possibility that someone with enormous funds, a strange, undecipherable motivation, a disregard for life and limb and an enormous knowledge of anatomy, physiology, photography and human psychology might have been clever enough to set up a hoax good enough to fool the top experts in their field.

In addition, in a separate screening, the film was shown to Dr. Osman Hill, head of the Yerkes Regional Primate Research Center at Emory University. Dr. Hill said, among other things: "All I can say is that if this was a masquerade, it was extremely well done and effective." He also expressed the feeling that this evidence was strong enough to induce some group to mount an expedition to search for further evidence.

So what's the next step? At this point, everything clearly indicates the need for a major expedition with helicopters, two-way radios and possibly dogs to set on the trail of the next Bigfoot seen, though I've heard dogs usually run the other way when they get a whiff of the Bigfoot's spoor. I can guarantee one thing for myself and Argosy Magazine. This story is definitely to be continued.

---

**Claims against Bigfoot film set enthusiasts at odds**
By JOHN M. HUBBELL
Associated Press

BOTHELL, Wash. (AP) - In the hearts and minds of true believers, Bigfoot's

**EXHIBIT 5 - PAGE 106**

GAINER0000311

existence has long been enshrined in a single minute of jerky, grainy footage of
a startled sasquatch retreating into the upper California woods.
But two enthusiasts of the legendary being are alleging four magnified frames of
the 16 mm footage show tracings of a bell-shaped fastener at Bigfoot's waist.
They say the creature in the so-called Patterson-Gimlin Film can finally be
dismissed as a man in a monkey suit.

"It was a hoax," said Cliff Crook, a longtime Bigfoot tracker who devotes rooms
to sasquatch memorabilia in this suburb north of Seattle. "How can an artificial,
manmade object end up on a Bigfoot?"

The film, purportedly showing a female Bigfoot fleeing a streambed, was taken
by Roger Patterson and Bob Gimlin on Oct. 20, 1967. It has largely withstood
independent scrutiny and, for many steeped in the lore of the man-beast, has
become bedrock evidence of its very existence.

"There's no way of really detracting from it," said Ray Crowe, president of the
Western Bigfoot Society in Portland, Ore. The image captured in the footage
"has a fluid motion. It's a wild creature of nature."

The film is important because many Bigfoot believers compare all plaster casts
of telltale footprints against those made by Patterson the day he purportedly
filmed the creature slinking across a sandbar in the Six Rivers National Forest.
Discredit the footage, experts agree, and the gold standard for Bigfoot tracks
will be washed away.

Crook bases his assertion on computer enhancements performed by Chris
Murphy, a Bigfoot buff from Vancouver, British Columbia, who maintains he
discovered an aberration in the footage in 1995 while helping his son Daniel
prepare a class project.

Murphy declined to be interviewed, instead supplying a written narrative
detailing his discovery.

According to that account, the Murphys used a color photocopier to duplicate a
frame of the Patterson film. Zooming in again and again, Chris Murphy became
suspicious.

To him, something geometric - vaguely the shape of a bottle opener - seemed
to take shape at Bigfoot's waist. Murphy maintains that four sequential
computer-scanned frames of the film show the object in different positions, as if
it were swinging. He theorizes something is cinching the sasquatch costume in
place.

Murphy made a clay model of the object and in October gave that and the
enlargements to Crook, a charter-bus driver transfixed by sasquatch stories
since 1957. That's the year he made a camping trip with teen-age friends on
Washington's Olympic Peninsula that ended with telltale signs of a sasquatch
encounter: a rustling of brush, a throaty growl and an ever-worsening hallmark
musk.

Decades later, at 58, spare rooms in his home are dubbed "Bigfoot Central,"
stuffed with photos, plaster casts and maps dotted with push-pins that chart
sasquatch sightings.

Now his hoax assertion is giving rise to a howl that would make a Bigfoot proud.
Longtime enthusiasts smell a deserter.

One recent e-mail was typical of the incredulity Crook's allegation of a costume
fastener is up against.

"Cliff, Cliff, Cliff," it scolded. "That's matted feces."
"There are two witnesses (and) there are footprints," said Rene Dahinden, a

**EXHIBIT 5 - PAGE 107**

GAINER0000312

Bigfoot Pictures, Bigfoot Photos, Sasquatch Photo Gallery

07/21/2006 06:28 PM

Richmond, British Columbia, researcher who shares the film's copyright. "We've never had anything like it previously, and anything like it since."
Dahinden, 68, discounts Murphy as an amateur. "He wasn't involved in this until 1993," Dahinden said. "He couldn't spell the name 'sasquatch' before that."

Grover Krantz, a Washington State University anthropology professor and Bigfoot expert, also believes firmly in the old footage.

"I fully accept the Patterson film," Krantz said. "If there was a fastener, it could not be seen in an enlargement. The film grain is such that it cannot hold an image of something that small."

The truth of the Patterson-Gimlin film remains as elusive as Bigfoot itself. Enthusiasts such as Krantz and Crowe see the film as a building block for their faith. And the faiths of Crook and Murphy endure in spite of it.
Crook knows that, in dissent, he and Murphy are "far outnumbered."
"There's a few broken friendships because of this," Crook said. "I just figured, 'This is a search for the truth. When it becomes something different, that's when it should stop.'"

Maybe a Bigfoot will one day view the film, Crook figures, and offer its own disapproving grunt.

"There's just too much evidence that these creatures do inhabit certain areas out there," Crook said, ever sanguine. "Even though the Patterson film is a hoax, it doesn't mean Bigfoot doesn't exist."

### Former Bothell resident says Bigfoot film shows man in a fur suit



*Cliff Crook has made a clay model of an item that he says, under extreme magnification, appears on the hip of a dark figure some believe to be Bigfoot.*
*Staff photo by Andrew Walgamott.*
by Andrew Walgamott, staff reporter
http://www.nwnews.com/

For some, it might be like dethroning Elvis as the king of rock and roll.

Cliff Crook, a former Bothell man, is claiming that a large, hairy figure some believe to be Bigfoot caught on film is really just a man in a monkey suit.

"It has to be. What is it doing with a man-made object on it?" Crook said. He said that in four frames of the famous Patterson film, magnified 100 times, there appears to be an inch-long device. Attached to the figure's hip, Crook says it may be a clasp, a bell, or a fastener. The object appears in different places in each frame, indicating it is flopping around, he said.

While the film has been analyzed by an expert in bio-mechanics who remains convinced that it isn't just a man in a suit, Crook boldly predicts, "It will go down as the Bigfoot hoax of the century" and promises more evidence soon.

"It's not all that's been found, but that's all I'm supposed to tell the media at this point," Crook added. Cryptically, he said perhaps the man in the suit would be named.

The Patterson film records a dark, bipedal figure striding across a northern California creek bed. It was taken by Roger Patterson, a Bigfoot hunter, who,

**EXHIBIT 5 - PAGE 108**

GAINER0000313

along with another man, happened onto the creature on October 20, 1967. Patterson died in 1972.

For those scratching their heads, Bigfoot, or Sasquatch as it is also known, is ... well, it's hard to say what exactly it is without a specimen for scientists to study, or even the bones of one. Some regard it as a myth. Others say it is probably an ape. A few dedicate their lives searching for it.

Best known for the large footprints it leaves behind, Bigfoot is said to be elusive, smelly. There are numerous stories of men encountering hairy beasts from the turn of the century. Similar beings are recorded within local Indian cultures, and in Asia.

**Professor stands by own conclusions**

The subject of Bigfoot draws emotions from derision to open-minded skepticism to unquestioning belief. The Internet, as can be expected, is loaded with bizarre Sasquatch encounters, everything from terrifying howls to Bigfoot/UFO collaborations.

One man who has treated the subject scientifically is Grover Krantz, a Washington State University professor of anthropology. He told the Weekly that despite Crook's claims, he stands by conclusions he made on the Patterson film in his 1992 book Big Footprints: A Scientific Inquiry into the Reality of Bigfoot.

There, he writes that the creature had a standing height of six-feet, six-inches, weighed around 500 pounds, had shoulders over 28 inches wide, and was probably female.

"There's simply no way to fit a man in that suit," Krantz said last week, adding, "A normal description of Sasquatch fits perfectly."

Krantz, who analyzed the film, based his measurements on film speed, distance from camera, the subject's stride, size of footprint, comparative body volumes, typical human statures, and the distance between the creature's armpits. He said a padded suit would make a person's arms stick out, rather than hang down, like the figure's do.

Blowing up images of the film is nothing new, Krantz notes, but he says there a limit to how much it can be magnified. "If they see a button, it's obviously something else," Krantz said.

Krantz believes Bigfoot is probably a living representative of Gigantopithecus, a primate known in the fossil record.

**Important film**

Whether you buy into Bigfoot or not, you've probably seen the Patterson film. Said to be the second-most viewed film of all time next to the Zapruder film of President Kennedy's assassination, it still inspires people to lope across rooms with stooped backs and swinging arms when their memory is jarred.

Author and biologist Robert Pyle calls the film "extraordinarily important" in Bigfootology. "It's one of the more substantial pieces of evidence and isn't something to easily dismiss," said Pyle.

In his book, Where Bigfoot Walks, Pyle detailed Bigfoot-like beasts specific to various local Indian cultures as well as writing about the so-called "Bigfoot hunters." The importance of the film, he notes, is not only that it was made before the Planet of the Apes era, but it "deeply impressed" Hollywood movie studios at the time. In fact, Krantz writes that Disney executives said they couldn't duplicate the film two years after it was made.

**EXHIBIT 5 - PAGE 109**

GAINER0000314

For those like Chris Spencer, a southwest Washington man interested in Bigfoot, a lecture on the film by Krantz convinced him of the woods-walker's reality. "If that film didn't exist, I'd still have my hands up in the air," Spencer said.

Pyle is a little more cautious. He says that while he leans towards the possible existence of some as-yet-to-be-discovered animal, he's not now prepared to accept it outright. But he warned against the fallacy that debunking the film would mean there was no such thing as Bigfoot.

"It would hurt the case for Bigfoot, but would it suggest he's apocryphal? No. There are still too many tracks to account for," he said. Krantz has found dermal ridges on some tracks.

**Still a believer**

Despite his assertions, Crook remains a believer in Bigfoot. He said he saw a "forest giant" while camping in 1956 and has searched ever since. A 58-year-old cartoonist, Crook runs Bigfoot Central, a sort of information clearinghouse for reports and data, from his home in Mill Creek. He takes credit for "taking the first step on the Bigfoot trail by anybody."

In his upstairs office, pins on a map of the state denote recent sightings, including one in eastern King County for which he gave no exact location.

Crook says he gets about 300 to 400 reports of Bigfoot a year, which he distills down to about three or four "legitimate" incidents for investigation. Most sightings, he says, are cases of mistaken identity--stumps, bears, an elk in the dark.

But a recent incident in Wahkiakum County has caught his attention. On Nov. 8, elk hunters made plaster casts of deep imprints they found in the woods, according to the Longview Daily News.

Downstairs, in a cool basement, Crook keeps a number of plaster casts of giant footprints, newspaper clippings and Bigfoot memorabilia.

**War of words**

Like the aura of Bigfoot himself, Crook's proof is rather shadowy and hard to make out. He admits so much: "It's like a photo that, if you look at long enough, you see it." The object was discovered by Christopher Murphy, a British Columbian. Amidst shades of black and red, there appears to be something geometric, something vaguely bell-shaped.

Crook said he has long doubted the Patterson film. "It was too much like a man in a fur suit. I just couldn't put my finger on it, though," he said. He said it didn't look like the figure he saw in the 1950s.

Still, as a group, Bigfoot hunters tend to find what fits their mindset. "Most of the Bigfooters begin by gathering all the information they can find, then rejecting those reports or references they deem groundless or unsupportive of their biases," Pyle writes.

Krantz writes that many hunters are motivated by greed, personal vindication, fame, or science. With public skepticism and media snickering, those like Spencer are loath to go public with their own stories lest they be looked on as wackos.

"There are lots of people with good evidence who aren't willing to come forward because they'll be labeled as nutcases," Spencer said.

As it is, Crook's announcement predictably has sparked a war of words within the Bigfoot community.

**EXHIBIT 5 - PAGE 110**

GAINER0000315

07/21/2006 06:28 PM

Rene Dahinden, a Canadian who owns part of the Patterson film's copyright and
receives royalties when still photos of it are published, told the News Tribune of
Tacoma, "Any idiot who says it's a man in a fur suit doesn't know what he's
talking about."

Dahinden and Crook were formerly friends. Both claim to be portrayed as the
Sasquatch hunter in the movie Harry and the Hendersons.

Now, Crook has made a clay mold of the trinket, hoping someone will recognize
it. He says a reward may be offered soon for information. "We think someone
will identify this bell-shaped object. When they [do], we'll have them then," he
said.

Crook says the hate mail is already coming in.

(Editor's note: This is not the first time Mr. Crook has been in the news...)

**Bigfoot film: Disproof may be in the details**
November 29, 1998
C.R. Roberts ; The News Tribune

For Rene Dahinden, who owns part of the copyright, it's the second-most
studied and seen film of all time. First place goes to Abraham Zapruder, who
captured the assassination of John Kennedy.

It's the famous "Patterson-Gimlin Film" taken on Oct. 20, 1967, near Bluff
Creek in Northern California. It's the one where a female Bigfoot looks at
the camera then lopes across a sandbar toward nearby woods. It's the image
most people think of if and when they think of a living, moving Bigfoot.
But for Cliff Crook, who manages the information clearinghouse called
Bigfoot Central from his home in Bothell, the film is finally just humbug
and flimflam. He's believed it's been a trick since the beginning, and now
he thinks he's got proof.

Says Dahinden, who lives in Canada and continues to receive royalties
whenever still photos from the film are published, "Any idiot who says it's
a man in a fur suit doesn't know what he's talking about."

Says Crook, "I'm happy that this film is, after all this time, blown away,
exposed. I think this is going to settle it for a whole lot of people. This
is undeniable, conclusive proof that the film is a hoax."

A man in a fur suit. Not Sasquatch.

And the proof?

An object, man-made, partly hidden in the fur. A thing, dangling above the
right thigh at the waist of the beast.

"Possibly a fastening device. I can find it on four frames," says Chris
Murphy, a Bigfoot researcher and teacher at the British Columbia Institute
of Technology. Analyzing the film, enlarging the images, Murphy says he
found "some kind of an object that appears to be man-made. I don't know what
it is. It looks to be some kind of fastener."

Whatever it is, Murphy says, it does seem to move - to flap - from one frame
to the next. The movement caught his attention several months ago, more than
a year after he first saw the object.

Being publicity-shy and knowing the impact his discovery would have in the
small but passionate world of Sasquatch enthusiasts, he'd rather let Crook
make the announcement.

**EXHIBIT 5 - PAGE 111**

GAINER0000316

"It's going to be catastrophic to the Bigfoot community," he says. "There's so many believers in that film.

"We went back and forth by e-mail for months," Crooksays. "He said, 'There's something I want your opinion on.'"

Something - an object estimated to be an inch long and just over a half-inch wide. Something that might secure a clasp. Or maybe it's a decoration, or an amulet.

From Murphy's photo blowups, Crookfashioned a scale model in clay. "It's not as important to identify the object as it's just more important to us that it's man-made," Crookv says. "That alone blows away Patterson's film. People will come up with lots of excuses, but there's no way they can explain away what was found under magnification. The truth is the truth, and that's what we have to get to. It shows up clear as a bell."

In fact, his model looks like a bell, a charm, a doodad. An ornamental zipper-pull maybe. Or maybe not. The truth is, looking at the enlarged photograph, my own eyes see only a fuzzy something that doesn't seem to belong on the fur of a Sasquatch.

But then, a Sasquatch doesn't seem to belong on a sandbar of the aptly named Bluff Creek.

"It's going to change the whole face of Bigfoot research," Crooksays. He's been tracking the creature for 41 years. He organized Bigfoot Central in 1981; and along with his wife, Carol, he takes sighting reports from around North America. In his basement stand display cases containing plaster footprints and hair samples.

And now that he's breaking the newest news, he's thinking of holding a full press conference - which won't make a happy man of his former friend and fellow researcher Rene Dahinden.

Says the man who owns the photographic rights to the biggest frames since Zapruder's, "We have an acrimony. He's trying to turn around and bite us. He is off my list."

Says Crook, "I'm not afraid of the attacks I'm going to get."

- - -

C.R. Roberts' column appears Sundays, Tuesdays and Thursdays. He can be reached at 253-597-8535, or by fax at 253-597-8274. Address e-mail to crr@p.tribnet.com

© The News Tribune

(Editor's note: I question the veracity of these claims, simply due to the lack of credibility of the claimant.)

---

**Expert Defends Patterson Bigfoot Film**
by Lance Orchard
December 1, 1997

WALLA WALLA -- A recent story in a London-based newspaper which debunks the 1967 Bigfoot movie filmed by the late Roger Patterson, demands a response. Here's mine.

What was offered as proof that Patterson unwittingly faked the famous footage

**EXHIBIT 5 - PAGE 112**

GAINER0000317

has been countered in the past by scientists and students of the matter. The statements by these men recognized top names in the Bigfoot world absolutely refute the London "Sunday Telegraph" story of Oct. 19, 1997. The story was picked up and run in the November 1 issue of CNI News, an electronic magazine devoted to the UFO, Bigfoot, space exploration and related issues. Questions may be directed to its editor, Michael Lindermann at CNINews1@aol.com. Statements quoted herein are from their issue of Vol. 3, No. 17.

In the "Sunday Telegraph" story co-authored by Mike Lewis and Tim Reid, a Hollywood director, John Landis, revealed: "That famous piece of film of Bigfoot walking in the woods that was touted as the real thing was just a suit made by John Chambers."

Mr. Chambers, the article notes, "has refused to confirm or deny the reports."

"October 20" (the articled notes) "marked the 30th anniversary of the day that Bigfoot hunters Roger Patterson and Bob Gimlin emerged from the wilds of northern California with the celebrated film, perhaps the only footage of unexplained phenomena which has stood up to rigorous scientific examination. Patterson died in 1972 convinced he had filmed a real Bigfoot.

"But Howard Berger told a Bigfoot investigator, Mark Chorvinsky: 'It was like a gag to be played on the guy who shot it. The guy never knew it was a hoax his friends played on him.'

"The subject of the Patterson film a large, hairy, upright-walking creature with wobbling breasts is seen walking left to right, turning briefly to glare in the direction of the cameraman before disappearing into the trees."

But, the late Bob Titmus, who arrived on the scene at Bluff Creek shortly after the '67 filming, reported he had followed the Bigfoot's tracks and even said he found evidence the Bigfoot had sat down, watching Patterson and his partner, Bob Gimlin, from a vantage point above the men.

The sharp-eyed observations of Titmus who, by the way, had reported seeing three Bigfoots during his lifetime (two at one time) is but one refutation of the "Sunday Telegraph" article.

John Green, a British Columbia newspaperman who was acquainted with Patterson long before 1967, and who has studied thousands of Bigfoot tracks and track casts, authored some early definitive books on the subject. In his book, "On the Track of the Sasquatch," Green notes this about the Bluff Creek tracks:

"The tracks appeared perfectly natural and normal. The same as the many others that we have tracked and become so familiar with over the years, but of a slightly different size. Most of the tracks showed a great deal of foot movement, some showed a little, and a few indicated almost no movement whatever. I took plaster casts of ten consecutive imprints and the casts show a vast difference in each imprint, such as toe placement, toe gripping force, pressure ridges and breaks, weight shifts, weight distribution, depth, etc... Nothing whatever indicated that these tracks could have been faked in some manner. In fact, all of the evidence pointed in the opposite direction. And no amount of thinking and imagining on my part could conceive of a method by which these tracks could have been made fictitiously."

In his book Green has even more to say, but here's what he observes about the possibilities of a suit having been used to fake the Bluff Creek creature:

"I do not contend that no such contrivance could be built, but I do suggest that the thing could not be 'just a man in a fur suit.' The 'suit' would have to contain an elaborate mechanism which would probably not be much simpler or cheaper than a machine without a man inside. Confidence men have done some remarkable things on occasion, and sometimes at great expense, so I will not

**EXHIBIT 5 - PAGE 113**

GAINER0000318

say that such a thing is impossible, but knowing Patterson I cannot imagine him doing such a thing, if indeed it could be done, nor do I think that he could have raised the money to do it.

"I have noticed that scientists who talk to Patterson are not prepared to accuse him of perpetrating the hoax, but since they are equally unable to accept that the thing he photographed was real, they seize on the only other alternative, that someone was out there in a fur suit hoaxing him. Oddly, they are thus choosing the one alternative that is literally impossible. Patterson has photographs not only of the creature, but also of its tracks, and these shots show the men's own tracks all around the Sasquatch tracks. It is obvious from their depth that the big tracks are made by something several times heavier than the people. Now, if there was a man swinging along inside a fur suit when Patterson took his movie it was most certainly not a man carrying a heavy load not walking over four miles an hour with three-and-a-half foot strides and deeply bent knees. A man carrying the weight to make the tracks Patterson and Gimlin say this thing made as they watched would have to be a mighty individual to manage even a slow shuffle. It follows that if the thing on the film is a hoax, the tracks and the film could not possibly have been made at the same time, as Patterson and Gimlin state. If there is a hoax, they have to be involved."

Grover Krantz, Washington University anthropologist, is probably best known as one of the very earliest scientists to lay his career on the line and publicly announce that he felt the Bigfoot thing was something real. He has written a scholarly book on the subject, "Big Foot Prints." In the book, Krantz ( who also had been acquainted with Patterson) has this to say of the Patterson film of 1967:

"After watching the film many times, I told Patterson about some its technical consistencies that were evident to me. With most of these he already knew what was involved or quickly caught on. But when I talked about some of the more technical details of bio-mechanics, he soon showed the familiar blank look of a student who had lost the drift of the explanation, but was still trying hard to pay attention. Yet he must have known all of these details in order to create the hoax (assuming he knew of a hoax). For instance, he could see the anterior position of the front of the shin, but how that related to foot leverage was quite beyond his understanding. Also he had originally estimated that it weighed only half of what was settled on later, yet all the details were calculated to fit with the greater weight. I think that a hoax is most unlikely on these grounds alone.

"A few years after the film was made, Patterson received a letter from a man in Thailand who assured him a Sasquatch was being held captive in a Buddhist monastery. Patterson spent most of his remaining money preparing an expedition to retrieve this creature; I was to be part of the operation. Then a man who was sent to investigate on the spot found out it was a hoax. At the time Patterson knew he was dying of Hodgkin's disease and firmly believed that with enough money he might be cured. Instead of making another Bigfoot movie, which he could have done if he had faked the first one, he spent almost everything he had on a wild goose chase. Then he died."

When he secured rights to the Patterson film, Rene Dahinden, a man who has been in this Bigfoot hunt for as long as anyone, was soon showing the film to scientists in Russia. What resulted from their highly intensive study of the film is found in 14 pages of the book, "The Sasquatch and Other Unknown Hominoids." This 335-page book is a compilation of scientific papers relating to Bigfoot as edited by Vladimir Markotic. Introductory comments for each paper are by Krantz.

One paper in the book, authored by two Russians, Dmitri Bayanov and Igor Bourtsev and Dahinden, minutely dissects the every movement of the female Bigfoot in Patterson's historic film. These details are to be found on pages 219 through 233 in the book. In their summary of their findings in their paper, the

**EXHIBIT 5 - PAGE 114**

GAINER0000319

authors make these observations:

"We have subjected the film to a systematic and many-sided analysis both in its technical and biological aspects. We have matched the evidence of the film against the other categories of evidence and tested its subject with our criteria of distinctiveness, consistency and naturalness. The film has passed all our tests and scrutinies. This gives us ground to ask: who other than God or natural selection is sufficiently conversant with anatomy and bio-mechanics to 'design' a body which is so perfectly harmonious in terms of structure and function?

"Further research may correct some of our findings, but it seems most improbable that the positive result can be voided. Hence we confidently give this verdict:

"The Patterson-Gimlin movie is an authentic documentary of a genuine female hominoid, popularly known as Sasquatch or Bigfoot, filmed in the Bluff Creek area of Northern California not later than October 1967, when it was viewed by Rene Dahinden and other investigators."

Others, as equal to the task as Titmus, Green, Krantz. Bayanov, Bourtsev or Dahinden, could offer similar refutation of the "Sunday Telegraph" article which appeared in CNI News. These have done the job admirably, it would seem.

**Synopsis of the NASI report on the Patterson Film**

The North American Science Institute (NASI) Report, Towards a Resolution of the Bigfoot Phenomenon, prepared by Mr. Jeff Glickman a forensic examiner, was released in June, 1998. The main report findings applicable to the Patterson/Gimlin may be summarized as follows:

Measurements of the creature: Height: 7-feet, 3.5-inches; Waist: 81.3-inches; Chest: 83-inches; Weight: 1,957 pounds; Length of arms: 43-inches; Length of legs: 40-inches.
The length of the creature's arms is virtually beyond human standards, possibly occurring in one out of 52.5 million people.
The length of the creature's legs is unusual by human standards, possibly occurring in one out of 1,000 people.
Nothing was found indicating the creature was a man in a costume (i.e., no seam or interfaces).
Hand movement indicates flexible hands. This condition implies that the arm would have to support flexion in the hands. An artificial arm with hand movement ability was probably beyond the technology available in 1967.
The Russian finding on the similarity between the foot casts and the creature's foot was confirmed.
Preliminary findings indicate that a human being could not duplicate the forward motion part of the creature's walking pattern.
Rippling of the creature's flesh or fat on its right side was observed indicating that a costume is highly improbable.
The creature's feet undergo flexion like a real foot. This finding eliminates the possibility of fabricated solid foot apparatus. It also implies that the leg would have to support flexion in the foot. An artificial leg with foot movement ability was probably beyond the technology available in 1967.
The appearance and sophistication of the creature's musculature are beyond costumes used in the entertainment industry.
Non-uniformity in hair texture, length, and coloration is inconsistent with sophisticated costumes used in the entertainment industry.

Mr. Glickman closes his scientific findings with the following statement: *"Despite three years of rigorous examination by the author, the Patterson-Gimlin film cannot be demonstrated to be a forgery at this time."*

EXHIBIT 5 - PAGE 115

GAINER0000320

Glickman's estimates of the creature's height and weight caused a lot of controversy. Dr. Grover Krantz has since established that the creature's standing height (fully erect) did not exceed 6-feet, 6-inches. Another scientist has established that the creature's weight was 820 pounds. These findings call into question other physical measurements (chest, waist, arms, legs) established by Glickman.

To view the entire NASI report, click here
To view the Patterson footage, click here
Your comments on this report are welcome.

---

**For more information:**

Strange Magazine: The Makeup Man and the Monster: John Chambers and the Patterson Bigfoot Suit
Dr. Jeff Meldrum on the anatomy of the Patterson creature's feet

**Site design and content © 1996-2006 Autumn Williams unless otherwise noted**
Each report is attributed to the author, researcher or website from which it came
Please click on the highlighted "source" link to visit the sources' respective site
No claims of responsibility, ownership or liability are made on those reports which are
not SPECIFICALLY labeled as OregonBigfoot.com reports
and they are presented here for purposes of education only.

**EXHIBIT 5 - PAGE 116**

GAINER0000321

26. sec

# The Zapruder Film
### By Jerry Organ

Prior to 1963, peacetime Presidents of the United States travelled freely through American cities. Such visits and crowd contact was especially useful during the run-up to a presidential election. During the 1960 election, JFK often campaigned atop the rear seats of open convertibles driven slowly through major cities. But with the next election — and the prestige of the Presidency now on his shoulders — Kennedy had taken a more subdued approach in what would be his last motorcades.

Still, even if JFK never sat atop the rear seat anymore, there would be plenty of fine photo opportunities for amateurs who turned out for an early campaign-swing through Texas in late November of 1963. Not to mention the appeal of First Lady Jackie, enjoying her first campaign trip since 1960.

In Dallas, many, including professional AP photographer Jim Altgens, considered the open area of Dealey Plaza to offer the best photo opportunities. By time the motorcade reached Dallas' most historic juncture, there were some three dozen photographers in position. But only one was filming from the President's side as the shots rang out.

## The Zapruder Film

Millions have seen Abraham Zapruder's graphic 26-second strip of silent, 8-mm Kodachrome II Safety Film. It helps to be prepared for what is shown.

Zapruder's own first impressions of the assassination touched on the comic. He thought the President was "pretending" to be hit when the car emerged from behind a sign between Zapruder and Kennedy. He told the Warren Commission:

> "I saw the President lean over and grab himself like this (holding his left chest area) ... for a moment I thought it was, you know, like you say, 'Oh, he got me,' when you hear a shot. You've heard these expressions. And then I saw — I don't believe the President is going to make jokes like this, but before I could organize my mind, I heard a second shot and then I saw his head open up and the blood and everything else came out."

Zapruder could only recall two shots, with the fatal head shot causing him to realize the loud reports were actually shots being fired at the President. He told the Warren Commission of a recurring nightmare, in which the film plays out until the fatal head shot snaps him awake: "The thing would come every night — I wake up and see this."

Since 1949, Abraham Zapruder had operated his "Jennifer Juniors, Inc. of Dallas," manufacturing women's and young ladies' clothing. In 1963, the company ran out of the fourth and fifth-floors of the Dal-Tex Building at 501 Elm, across Houston Street from the Depository. With his two children, Henry and Myrna, now grown and with young children of their own, Zapruder purchased a Bell & Howell Zoomatic Director Series 8-mm camera, Model 414 PD in 1962 in order to record his grandchildren's activities. Fortunately for history, it was one of the best-quality home cameras then available.

Other resources on this site include:

- Martin Shackelford's classic study "Listening to the Zapruder Film" which has professional lip readers examine the film.
- Steven Barber's "A New Look At The Zapruder Film" closely scrutinizes a new, very high-quality video of the film.

Aware that the President would be passing by his building, Zapruder decided to leave his camera home when November 22, 1963 dawned overcast with showers. As the morning turned sunny, "Mr. Z," as he was called by his

**EXHIBIT 5 - PAGE 117**

GAINER0000331

employees, was coached into returning home for the camera by his secretary Lillian Rodgers. Towards mid-noon, Zapruder choose a foot-foot-high concrete abutment at the west end of the Bryan Colonnade's steps, next to the Grassy Knoll.

The elevated perch would turn out to be one of the best vantage points in Dealey Plaza, but it meant a challenge to Zapruder's vertigo. He asked his receptionist, Marilyn Sitzman, to climb up behind him and steady him as he filmed. His camera fully-wound, Zapruder's camera captured events at a steady 18.3 frames-per-second. The first 132 frames (7-seconds) show the lead motorcycle escort headed down Elm.

Realizing the Presidential party was not immediately behind, Zapruder stopped filming to conserve film. His next sequence would begin with the Presidential Lincoln already on Elm and run uninterrupted for 354 frames. Its 19-seconds would capture the most dramatic and horrific single event of the century.

## Key Developments

Although the film is silent, jiggles made by Zapruder attest to distractions; some have sought to interpret these as gunfire indications. Zapruder himself screamed "They killed him, they killed him!" as he filmed Mrs. Kennedy climbing out of the gory backseat. Somehow, Zapruder kept the camera to his eye even as other photographers jumped for safety; or, like Altgens, were too shocked to press the shutter.

Showing even more presence of mind, Zapruder immediately returned to his office and locked the camera in a small safe. A Dallas Morning News reporter named Harry McCormack notified Forrest Sorrels, Agent-in-Charge of the Dallas Secret Service field office, that Zapruder might have filmed the assassination. The two met Zapruder at his office, not really knowing the true importance of his remarkable film. Sorrels left after a promise of a copy for his agency's use.

Zapruder then went with McCormack to the News building, hoping to develop the film there. From there they went to the paper's television branch, WFAA, only to be told the station's lab was set up for black & white 16mm newsfilm. Although losing what would have been TV's greatest news exclusive, WFAA did a live interview with Zapruder himself, barely 90-minutes after the assassination.

On Zapruder's behalf, WFAA contacted the Eastman Kodak Company on Manor Way, who agreed to process his film right away. Kodak employee Phil Chamberlain recalled there was only three reels of camera film available to make first-generation copies. Later that afternoon, Sorrels received two of the copies at Zapruder's office. That evening, one of Sorrels' copies was on its way to Secret Service Chief James Rowley in Washington.

The other of Sorrels' copies was loaned to the FBI, who — unable to dupe the film locally — sent the film to the FBI lab in Washington, where second-generation copies were made. The first-generation copy was returned to Dallas on November 26th.

## Enter LIFE

Zapruder still had poccession of his original film and first-generation copy when contacted by Life magazine's Pacific Coast regional editor, Richard Stolley about 11:00 on the evening of November 22nd. Stolley had been tipped off by Harry McCormack, the reporter who had first met with Zapruder. Stolley arranged a meeting and viewing for the next morning at Zapruder's office. As others from the press clamored outside, Stolley negotiated one-on-one with Zapruder, agreeing to pay $50,000 for print rights. With that and assurances that Life would not unduly exploit the graphic nature of the film, Stolley sneaked out the back door with the original and first-generation print.

The original went to Life's Chicago printing plant, where the aborted November 24th issue was now being reworked. The copy print went to Life's New York offices, where it so revulsed publisher C.D. Jackson that he ordered Stolley to secure from Zapruder the remaining motion picture rights. The final agreement,

**EXHIBIT 5 - PAGE 118**

GAINER0000332

worked out on the day of President Kennedy's funeral, called for Zapruder to receive $25,000 immediately, with installments of $25,000 to be paid annually for a total of $150,000.

Two days later, Zapruder donated the initial payment to the survivors of J.D. Tippit, the Dallas police officer slain by Oswald. Fearing criticism of profiteering, Zapruder left the impression that the $25,000 was the total amount he had received for the film. It would be some time before the full extent of the Life agreement came out. Although the $150,000 total (equal to a half-million today) may seem excessive, Life (the CNN of its day) had paid $500,000 just a few years earlier for the exclusive story of the Gemini astronauts and their wives.

## The Film Emerges

The magazine did honor Zapruder's exploitation concerns — while protecting its own commercial interests — by never selling broadcast rights. The public would not see it projected until February 13, 1969, when a subpoenaed copy was shown at the Clay Shaw trial, an event recreated in the JFK movie. This copy became the source for the poor-generation bootleg copies that became a staple on the college lecture circuit, much to Life's chagrin and as Abe Zapruder had feared.

On March 6, 1975, the Zapruder film finally made its American TV premiere on Geraldo Rivera's talk show Good Night America. A month earlier, the film had first been shown on TV in Australia. In April, wishing to avoid the appearance of "suppression," Time Inc. returned the film and all commercial rights to Abraham Zapruder's heirs for one dollar. Since 1978, the original has been kept in "courtesy storage" under conservation-conditions at the National Archives.

In 1992, reacting to public pressure in the wake of the JFK movie, Congress passed the JFK Assassination Records Collection Act, which authorized the government to seize crucial records of the assassination. On August 1st, 1998, the government took possession of the Zapruder film already in its vaults. Compensation issues with Zapruder's heirs were resolved in 1999, resulting in a multi-million package for the family.

One project the Zapruders did manage to deliver was the 45-minute video "Image of an Assassination: A New Look at the Zapruder Film" released in late 1998, a compelling look at the film's history and the preservation efforts of the National Archives. In January 2000, the Zapruder family gave its first-generation copy, made on the afternoon of the assassination, to the Sixth Floor Museum. This was the film the family would allow duplication for commercial use and may be the most-seen version ever.

The family, required by the government to turn title over to a public institution, assigned the film's copyright to the Museum, trusting their judgment as to its use. Unfortunately, this is the same museum that allowed a webcam in the Sniper's Nest window. It is hoped that caution — and respect for the President's family — will prevail. If the initial sentiments of a good-many Texans in 1963 had been heeded, Jack Ruby would have been pardoned and the Depository building razed.

## The Head Snap

Much debate has centered on what the Zapruder film shows, particularly the "backward" head movement supposedly indicative of a shot from the Grassy Knoll, thus ruling out Oswald's "Sniper's Nest" to the President's right rear. For decades, this evidence of a frontal assassin was presented as conclusive to lecture and TV audiences. In 1991, the graphic head explosion served as the startling climax to Oliver Stone's JFK.

To this day, millions remain unaware that such forthright evidence of a second gunman was undermined almost from the beginning. In 1965, researchers using a frame-by-frame comparison discovered the head went violently forward between Zapruder frames 312 (last frame before impact) and frame 313 (head explosion). The subsequent backward motion is much more slower and thus more distinctive in live-action viewing.

**EXHIBIT 5 - PAGE 119**

GAINER0000333



Abraham Zapruder's Bell & Howell "Director Series" 8 mm movie camera captured the instant of the President's death.
Left: The Compression/Recoil Theory. Frame-by-frame comparison shows the head initially went forward before rebounding off the chest.

The forward head movement, along with the explosion forward of skull and brain material is entirely consistent with a shot from the Sniper's Nest. By frame 313, the Grassy Knoll was perpendicular to the President's head; an impact would have exited through the left side of the skull, but autopsy X-rays and photos show no skull or metal fragments in the left hemisphere, much less a gaping exit wound.

So, why did the head execute such a seemingly massive rearward movement immediately after being pushed forward by the bullet's impact? Simple: it had no place else to go. Frame 312 shows the chin already pressing against the chest (a reaction to the throat wound that Oswald had inflicted five seconds before). The bullet's impact, coming from the rear, drove the head forward until it compressed against the chest, causing an immediate (though less violent) recoil to the rear and left.

I call it the Compression/Recoil Theory. The initial forward movement of the head was confirmed by the Nix film; that the rearward recoil also went left was captured in the Muchmore film and Moorman photo.

Other theories, consistent with a lone assassin, include:

- The theory of a "jet effect" developed by physicist Luis Alvarez and developed by Dr. John Lattimer.
- The theory of a "neuromuscular spasm" caused by the massive wound to the head.

## The Single-Bullet Theory

President Kennedy was not the only man seriously injured in Dealey Plaza as the limousine proceeded down Elm Street. His host, the Governor of Texas John Connally, was also struck by a bullet as he sat in a jumpseat in front of JFK. Connally was hit near the right armpit; as the bullet then coursed along the muscles near the fifth rib, its pressure caused the rib to implode, sending bone splinters that caused his right lung to collapse. The bullet emerged near the right nipple tumbling onward to pass through the Governor's right wrist. Its remarkable journey ended when it embedded itself into the left thigh.

That same day, Connally's surgeons announced that his injuries were caused by a single bullet. Initially, most thought the Governor's wounding accounted for one of the three shots thought to have been fired. Since the final shot had fatally struck the President's head seconds after Connally had been shot, it was

**EXHIBIT 5 - PAGE 120**

GAINER0000334

reasoned that the first shot had struck Kennedy passing through his throat and that the second shot had struck Connally.

But analysis of the Zapruder film showed the President and Governor reacting very close together. And just one bullet had been recovered at Parkland Hospital; on whose stretcher it wasn't sure. As well, there were reports that at least one of the shots likely missed, causing spray to explode off the pavement and sending a lead fragment down to the mouth of the Triple Underpass where witness James Tague was superficially injured on the cheek.

During the 1964 Warren Commission investigation, Assistant Counsel Arlen Spector (now a prominent US Senator) developed the Single Bullet Theory as a forthright attempt to reconcile the known medical and ballistic facts. Spector suggested that since Connally was seated in front of Kennedy and slightly lower due to being in a jumpseat, the two were aligned to have been wounded by the same bullet. Where did the bullet that emerged from JFK's throat go if not into Connally? Only lead fragments from the head shot were found inside the limousine.

Trajectory and photographic analysis by the House Select Committee on Assassinations in 1978 (the height differential between the two men was 8 cm) seem to bloster the Spector's theory. As well, its Medical Panel dismissed charges that the bullet had left behind so much lead in Connally's chest that it couldn't have been the nearly-whole "Pristine Bullet" recovered at Parkland; what was thought to be "lead" on Connally's X-rays turned out to be photographic artifacts.

In 1992, Failure Analysis Associates, Inc. disclosed the important evidence of Connally's lapel flipping outward for one-eighteen of a second at Zapruder frame 224. Failure Analysis' re-creation of the assassination using 3-D computer modeling confirmed a single bullet track was possible through both men at Z224, the moment of the lapel-flip. Using the Governor's wound sites and position at wounding, Failure Analysis projected the bullet trajectory backwards, leading through the President's neck. The resulting cone, reflecting a margin of error, included the Oswald window.

Some have suggested that since the Governor held onto his hat until after the fatal head shot, his wrist injury was caused by a fragment from the



Long overlooked, a young couple on the Grassy Knoll may have drawn undue attention.

skull impact. However, closer inspection of Zapruder frames prior to the head shot reveals the Governor's Stetson hat involuntarily held aloft by a bent wrist, proof of paralysis. The shattering of Connally's radius bone did not affect the muscles and nerve that allow the fingers and thumb to oppose each other. Failure Analysis revealed a violent upward flip of the Governor's right arm for over one-third of a second just after frame 224.

The Zapruder film remains the primary historical documentation of the assassination. By sheer luck, a man with good presence-of-mind and a decent camera just happened to choose one of the best vantage points in Dealey Plaza to record the murder. While the film is shocking and graphic, there is much to commend — and always more to debate.

© copyright 2000 Jerry Organ. All rights reserved.

**Back to Dealey Plaza Page**
**Back to Kennedy Assassination Home Page**

**EXHIBIT 5 - PAGE 121**

GAINER0000335




Roger Patterson

Back to Monstrous

Aliens   Demons   Dragons   Fairies   Freaks   Ghosts   Monsters   Vampires   Witches   Weres   Zombies

CryptoZoo

Powers

Existence

Bigfoot Types

R. Patterson

Movies

Books

Music

Games

Posters

Forum

### The North American Science Institute (NASI) Report

### The story of the film

Ads by Goooooogle

Buy Champ Stuff Online
Clothing, Mugs, Stickers & more Show the world that you believe!
www.champmonster.com

Cantray Forest Lodge
Luxury B & B in the Highlands 15 mins from Inverness & Nairn
www.cantrayforestlodge.co

Loch Ness
Great Vacations in Scotland Accommodations, Travel & Adventures
RealAdventures.com/scotla

Scotland Tours
All inclusive coach trips from $718 Ireland, Scotland, England & Italy
www.cietours.com



Capturing the fleeting sight of a seven-foot apelike creature retreating into the Northern California wilderness, the controversial Patterson Bigfoot film is among the most renowned artefacts in the field of paranormal study. The footage has achieved iconic status even among the public at large, and forms the foundation of many Bigfoot hunters' beliefs.

Roger Patterson, a former rodeo rider had become deeply fascinated with Bigfoot after reading press reports about the creature in 1957. He and his friend Bob Gimlin had gone into different wilderness areas in Washington many times to search for the creature. Often, they would be following-up reports of sightings or footprints. Highly influenced by the writings of Dr. Ivan T. Sanderson, Patterson compiled his own book entitled *Do Abominable Snowmen of America Really Exist?* He published this book in 1966. At some point early in the following year, Patterson decided to make a film documentary on Bigfoot.

During late August and early September 1967, Patterson and Gimlin were exploring the Mt. St. Helen's area. While they were away, Al Hodgson and Syl McCoy, friends in Willow Creek, California, phoned Patterson's home to report footprints found in the Bluff Creek area. Patrica Patterson, Roger's wife, took the message and gave it to her husband when he returned. The tracks, which were said to be of three different sizes, had been found on new logging roads being built in the Bluff Creek region. This same area was the scene of considerable Bigfoot activity nine years earlier. It was here in 1958 that Jerry Crew found large human-like footprints. A subsequent press release on Crew's find made the word "Bigfoot" the American name for the creature.

As soon as he got the news, Patterson contacted Gimlin and the two men

**EXHIBIT 5 - PAGE 122**

GAINER0000336

made plans to investigate Bluff Creek. They wished to find and film fresh footprints as evidence of the creature's existence in and around Willow Creek, a frontier town that sits near the Oregon border, right in the center of the Klamath and Six Rivers National Forests. Patterson subsequently rented a 16mm movie camera and purchased two 100-foot rolls of color movie film for the expedition. Patterson and Gimlin traveled to the Bluff Creek area in a truck, taking with them three horses. By the time the men arrived at their destination, rain had all but destroyed the tracks. After setting up camp near Bluff Creek itself, the men set out on horseback to explore the area. Patterson was intrigued with the scenery and autumn colors. He used 76-feet of the first film roll for general filming and shots of both himself and Gimlin.

According to Patterson's account, for seven days they saw nothing. All that changed on October 20. On that day he and Gimlin were riding on horseback in the wilds of California's Bluff Creek valley, due north of Willow Creek, when they were thrown off their horses. Sensing a movement on the other side of the river, they pointed their camera in that direction. The creature rose to a full height that Patterson estimated at seven feet, four inches, and began walking toward the woods. Patterson took 24-feet of color film footage which expired the film roll in the camera. During this time, the creature crossed the creek and walked along the opposite sandbar heading upstream. At one point, the creature turned and looked towards Patterson. The creature then hastened its pace somewhat as it continued its passage into a sparsely wooded area directly ahead. The footage taken by Patterson shows the creature as it disappeared and reappeared between trees in the distance.

The two men followed the creature during more than 30' until they loose the tracks in the mountains. In that part of Bluff Creek, there is a sandy clay soil with a blue-gray tinge. This type of soil holds footprints remarkably well for a long period of time. The footprints measured 14.5-inches long by 6-inches wide. Patterson also took movie footage of this experiment and made plaster casts of the creature's prints. The following days, heavy showers removed any opportunity to come closer to Bigfoot.

When Patterson returned to town, he contacted Al Hodgson, a fellow Bigfoot-hunter and expert. Then he went public with his findings, setting off a firestorm of controversy and piquing the interest of everyone from National Geographic to National Enquirer.

In the ensuing three decades, the 952 frames of Patterson's Bigfoot film have been submitted to all manner of examination and analysis. The creature has been classified as female, because of its apparent breasts. Theorists have extrapolated descriptions of everything from its psychological bearing to its eating habits on the basis of its behavior in the film. Minutiae of the creature's physiognomy, such as the exact way in which it moves its neck, and its unusual method of distributing its weight as it strided, have led many to conclude that this could not be a man in a suit.

Patterson and Gimlin's Bigfoot sighting experience at Bluff Creek was highly unique for three main reasons. First, there were two witnesses to the event, so their stories could be crosschecked. Second, there was photographic evidence in the form of the movie Patterson took which could be analyzed. Third, the men had plaster casts of the footprints made by the creature to further confirm the sighting. Moreover, many of the footprints at the film site remained intact and could be seen, photographed and cast by other researchers.

Many scientists dissected the footage. Some claim the film was indeed that of an unknown animal. The estimated stride of the creature is larger than that of a man and would have been very difficult for a man to simulate. Great weight was also indicated by how the creature's arms swung and how its knees bent when its body weight came onto its feet. They stated that bulk could be simulated, but not massive weight. Others claim it was merely a man in an obvious monkey suit.  If the creature was a fake, everyone agrees that it was a remarkably skillful one. Patterson earned a tidy profit as he licensed the footage worldwide but died in 1972. His friend, Bob Gimlin, who didn't make a nickel, maintains the film is genuine

**EXHIBIT 5 - PAGE 123**

GAINER0000337

Roger Patterson                                         http://cryptozoo.monstrous.com/roger_patterson.htm

A rumor has circulated that John Chambers manufactured the suit allegedly worn by the ostensible Bigfoot pictured in the famed Patterson Film. John Chambers, a legendary elder statesman in the field of monster making, is best known as the makeup mastermind behind the Planet of the Apes films. His innovative and highly articulated ape masks won him an Academy Award in 1968. Chambers created monster costumes for dozens of other movies and TV shows, including The Outer Limits and Lost in Space. The Patterson film was shot in 1967, in the same timeframe that Chambers was working on Planet of the Apes. Chambers created monster suits for Lost in Space in 1965 and 1966, which look very similar to the creature in the Patterson film, only with a different head. Chambers may have recycled them to fabricate the Patterson Bigfoot. According to some "experts", the Patterson Bigfoot shows evidence of having a water bag under the fur in the stomach area, a trick used to make a gorilla suit move like real flesh. Charlie Gemora, with whom Chambers had worked at Paramount, developed this liquid stomach technique.

In March of 1992, Bob Gimlin admitted that he might have been fooled. He gave thought to the possibility that Roger concocted the whole thing and Bob was an unknowing eyewitness to one of the most elaborate hoaxes in the world.

Chambers, who currently resides in a Los Angeles nursing home in frail health, has recently told interviewers that he had nothing to do with the Bigfoot seen in Patterson's film. In an interview of February 1997 by Bobbie Short, a registered nurse and Bigfoot investigator, Chambers denied any involvement with the Patterson-Gimlin film. He also stated that in his opinion, neither he nor anyone else could have fabricated the creature seen in the film. Chambers went on to state that was good, but not that good. Chambers admitted he was aware of rumors concerning his involvement in the film. He never took steps to set the record straight because it was good for business.

In October 1997, movie director John Landis said that Chambers had revealed this secret to him when they worked together on Beneath the Planet of the Apes in 1970. "That famous piece of film of Bigfoot walking in the woods that was touted as the real thing was just a suit made by John Chambers," Landis said.

But the case is far from being closed just yet. A new study by the North American Science Institute has concluded that Patterson's Bigfoot is genuine, and computer enhancement analysis suggests that the creature's skin and musculature are that of a living animal, not a hairy suit. The debate of the film continues and will probably continue until the person who played the Bigfoot is finally found or someone produces a physical specimen for comparison.

## The North American Science Institute (NASI) Report

The North American Science Institute (NASI) Report, **Towards a Resolution of the Bigfoot Phenomenon**, prepared by Mr. Jeff Glickman, a forensic examiner, was released in June, 1998. The main report findings applicable to the Patterson/Gimlin may be summarized as follows:

- Measurements of the creature: Height: 7-feet, 3.5-inches; Waist: 81.3-inches; Chest: 83-inches; Weight: 1,957 pounds; Length of arms: 43-inches; Length of legs: 40-inches.
- The length of the creature's arms is virtually beyond human standards, possibly occurring in one out of 52.5 million people.
- The length of the creature's legs is unusual by human standards, possibly occurring in one out of 1,000 people.
- Nothing was found indicating the creature was a man in a costume (i.e.,

**EXHIBIT 5 - PAGE 124**

GAINER0000338

no seam or interfaces).

- Hand movement indicates flexible hands. This condition implies that the arm would have to support flexion in the hands. An artificial arm with hand movement ability was probably beyond the technology available in 1967.
- The Russian finding on the similarity between the foot casts and the creature's foot was confirmed.
- Preliminary findings indicate that a human being could not duplicate the forward motion part of the creature's walking pattern.
- Rippling of the creature's flesh or fat on its right side was observed indicating that a costume is highly improbable.
- The creature's feet undergo flexion like a real foot. This finding eliminates the possibility of fabricated solid foot apparatus. It also implies that the leg would have to support flexion in the foot. An artificial leg with foot movement ability was probably beyond the technology available in 1967.
- The appearance and sophistication of the creature's musculature are beyond costumes used in the entertainment industry.
- Non-uniformity in hair texture, length, and coloration is inconsistent with sophisticated costumes used in the entertainment industry.

Mr. Glickman closes his scientific findings with the following statement:
*"Despite three years of rigorous examination by the author, the Patterson-Gimlin film cannot be demonstrated to be a forgery at this time."*

Glickman's estimates of the creature's height and weight caused a lot of controversy. Dr. Grover Krantz has since established that the creature's standing height (fully erect) did not exceed 6-feet, 6-inches. Another scientist has established that the creature's weight was 820 pounds. These findings call into question other physical measurements (chest, waist, arms, legs) established by Glickman.

**EXHIBIT 5 - PAGE 125**

GAINER0000339

**Bigfoot Encounters**

# Exposing Roger Patterson's 1967 Bigfoot Film Hoax

Kal K. Korff and Michaela Kocis **for the Skeptical Inquirer July/August 2004**

New revelations shed light on a world-famous, much-debated film supposedly showing a Bigfoot creature.

The most famous recording of an alleged Bigfoot is a short film shot in 1967. Filmed in Bluff Creek, California, it shows a large, manlike creature striding through a clearing. In many ways the veracity of the film is crucial; unlike many alleged Bigfoot photographs, the subject in the film cannot be a misidentification.

Either the film is a hoax or it is an unknown, hairy giant. The film's authenticity has been hotly debated, both among the public and among Bigfoot researchers.

After nearly forty years of secrecy, the truth behind the world-famous Roger Patterson Bigfoot film has been revealed.

The man who actually wore the costume and played the role of Bigfoot in the film has been located and has made a full confession.

Moreover, the husband and wife team who made and sold the Bigfoot costume that Patterson used to fake his movie have also confessed, and several other important eyewitnesses have come forth with corroborating evidence.

In a new book, *The Making of Bigfoot: The Inside Story* (Prometheus Books, 2004), Seattle-based author Greg Long reveals details of the hoax, the result of a six-year investigation which also clandestinely involved author Kal Korff.

## The Legend of the Patterson Film

According to Roger Patterson, who died of cancer in 1972, he and a companion, Bob Gimlin, were riding their horses on October 20, 1967, in Bluff Creek, California, when they suddenly encountered a Bigfoot. Not coincidentally, the two were in the area to "look for the creature" and were hoping to capture it on film with a movie camera rented specifically for the occasion. Patterson was in fact working on a motion-picture documentary about the subject.

According to Patterson, the two men were quietly riding, when he saw the creature and his horse suddenly "reared and fell over." After spotting the creature and having his horse fall on him, Patterson managed to regain his composure and pull out his 16 mm camera. He started filming while running toward the Bigfoot, steadied himself, and capped off sixty seconds as it walked away, glancing back at them over its right shoulder.

The two men then purportedly made plaster casts of the footprints left by the creature and raced to the post office to mail the film for immediate processing. The rest of the story is now history.

**EXHIBIT 5 - PAGE 126**

GAINER0000340

## The Hoax Begins to Unravel

The first concrete sign that the Patterson film was a hoax surfaced when a man named Clyde Reinke claimed to have firsthand knowledge of the fraud as a former office manager for American National Enterprises (ANE), a now-defunct movie company that specialized in wildlife films.

Reinke claimed that Roger Patterson was on the company's payroll as a "wildlife photographer." According to Reinke, Patterson and ANE "cooked up" the scheme to fake the Bigfoot film. ANE's alleged plan was to use the film as a "loss leader" that would attract huge audiences into theaters to see the footage (sandwiched in between their other movies). "The Bigfoot film increased attendance tremendously,' Reinke claimed on "the Fox network's one-hour special, *World's Greatest Hoaxes: Secrets Finally Revealed.*

When the program aired on December 28, 1998, it caused a sensation. One individual who saw the special was Bob Heironimus, a recently retired laborer and the person who had worn the Bigfoot costume in the Patterson film.

After deciding to come forth, Bob Heironimus says, "I told him (Bob Gimlin), 'I don't give a damn, I'm telling the truth. I'm tired after thirty-seven years,' and he tells me, 'Well, don't mention my name.'"

According to Heironimus, it was Bob Gimlin who first asked him, at Patterson's request, to wear the Bigfoot costume and help fake the film. Patterson and Gimlin "explained to me they were going sell the film, naturally, and make a fortune. They would give me a thousand dollars, and then as they made money they would give me some." Despite keeping his end of the bargain, he was never paid.

"It was in July or August of 1967. Gimlin told me that Roger was going to make a film, and they needed someone to wear a suit." Heironimus was twenty-six at the time, and says he "thought nothing of it. From his perspective, it was just a way to make some quick and easy money.

Heironimus claims that the Bigfoot costume was made of synthetic fur and bits of leather from a horse's hide. Patterson had added "breasts" to the chest of the Bigfoot creature. Heironimus also remembers that it contained football shoulder pads inside it to "bulk it up,' and that the head piece was, in fact, a dressed-up football helmet that had a mask attached to the front of it with two slits to look through. "Because the eyeholes were a little more than an inch away from my face, it was hard to see in that mask."

After being fitted with the suit, Heironimus claims he was told to stand in one place and not move until Patterson gave him the signal to start walking. The first few frames of the Patterson film do indeed show the Bigfoot starting its walk from a standstill.

When the filming was complete, according to Heironimus, both Gimlin and Patterson helped him out of the costume. He had felt claustrophobic inside it, and had yelled, 'Get me out of this damn thing!' and recalls that "[the headpiece] stunk very badly." Patterson then told Heironimus to take the film and mail it off for processing. The Bigfoot suit and the dressed-up helmet were then placed inside the trunk of Heironimus's mother's car, a blue 1967 Buick.

**EXHIBIT 5 - PAGE 127**

GAINER0000341

## Corroborating Heironimus's Story

Bob Heironimus's mother Opal claims that while her son was still sleeping on the morning after he returned, she went to put crates of fruit into the trunk of her car. When she opened up the trunk, she was shocked to find what she at first thought was a dead animal. Upon closer examination, she realized that it was some sort of animal suit or costume. "After I saw it, I looked, around to see if anyone was around 'cause I thought maybe I might have to have help . . . . Then I discovered it was just a suit. But that head layin' there, you know, staring at me!"

Opal continued, "I went in the house and my sister-in-law Willa Smith lived right up the street and she came down - she was always down at my house two or three times a day -and so when she got down, I said, "I want to show you something." I opened up the trunk and let her look." Opal remembers that Patterson and Gimlin came late that day and returned Chico, one of the horses they'd ridden. Afterwards, the Bigfoot suit was removed from the car and she never saw it again. Its present whereabouts remain unknown.

Bob Heironimus's nephew John Miller was 8 at the time and recalls playing with the Bigfoot suit and putting on the headpiece. "I just remember they has the trunk open and I remember looking in there and "What's that! - - And pickin' up and foolin' with it. And I can remember finding the head and being a young kid I just put it right on. It was hot. And it stunk. I can remember going up to their front porch and lookin' in the front window to see if somebody could see me. I was going to try and scare somebody." When asked what he thought of the claim that no human being can possibly walk the way the Patterson creature does, Miller replied, "I'll tell you what, if you ever watch that [Patterson] footage and watch him [Bob Heironimus] walk, and then you have him walk down the road, you'll see--they walk exactly the same. I always got a kick out of that."

Heironimus's two brothers, Mike and Howard, have also confirmed his story. Although neither sibling saw the actual costume, they distinctly remember learning of their brother's involvement around the time of the hoax. Howard Heironimus stated, " "He [Patterson] said, 'Do you think your brother, Bob, can be the Bigfoot in this thing here?' And I said, 'I don't know.' I said; 'You'll have to ask him.' So, I seen him [Patterson] probably a week later.' I said, 'Well, did you ask Bob?' He said, 'No.' He said, 'I didn't get to talk to him, but I think he said Bob Gimlin asked him. But I'm not really sure, he said he talked to Bob Gimlin, but he said, anyhow he had talked to Bob [Heironimus] and that Bob had agreed to it [wearing the suit], I don't know whether Bob Gimlin asked him [Bob Heironimus] whether Roger asked him, but he [Patterson] had talked to Bob Gimlin, too. But I was in this thing before Bob Gimlin." Moreover, several other people in the small town of Yakima have for Heironimus's story and can prove that they first of it shortly after the hoax was created.

Still other witnesses, such as Merle Warchime, recall seeing Bigfoot suit, which floated around the Yakima area after we were out in the Ahtanum [Valley] by that old church. We was sittin' there. We were about to go and somebody had the thing. It was in a box there, you lust in kind of a box in the back. I didn't pay that much attention to it. When asked if he was convinced that played the role of Bigfoot in the Patterson hoax adamant, "Oh, yes. Yeah. That's the way you have to do is watch him walk across the you know."

EXHIBIT 5 - PAGE 128

07/19/2006 11:13 AM

These statements dispute the claims made by Bigfoot defenders that Heironimus is some sort of Johnny-come-lately trying to make a fast buck and garner media attention. The truth is, Bob Heironimus has never gone public with the details of his story until now and has never been paid any money for his involvement in the hoax, unlike Roger Patterson and Bob Gimlin.

## The Big Footprints

Another important eyewitness Greg Long discovered is Harvey Anderson, the former owner of a gun and camera store in Yakima. Anderson claims that Patterson came into his shop one day with a plaster cast of a footprint allegedly left by Bigfoot and sought to rent a camera and get advice on how to film such a creature in the wild. According to Anderson, Patterson claimed he had not only seen Bigfoot, but that it had touched his car and had actually lifted up one end. Anderson decided to go along with the story: "I was kind of getting a kick out of it, but I realized that he was lying to me or having hallucinations about the thing that came out of the woods and picked up his car."

After talking briefly about his alleged encounter, Patterson unwrapped an alleged Bigfoot cast. Anderson immediately doubted the authenticity of the item. "I said to him, 'It looks like it's too narrow on the front part because it couldn't stand erect. Based on the description you've given me of this tall man or tall animal, you have to have it broader at the ball of the foot. 'Oh, no,' he said, 'he stands right up.' I said, 'Well, it doesn't appear to be correct. It looks to me like it should be wider on the front where the ball of the foot is. For the length of the foot, it won't work.' He [Patterson] said, 'Well, I can solve that problem. I'll take some more casts.'

Three days later, Patterson returned to ask Anderson for input on his latest efforts, showing him new casts and asking, "What do you think of that?" Anderson replied, "That looks better. That looks proportionate.' Anderson says, "See, I did not know the guy, did not know his intention. You have to realize that people came in and out of the store all the time. You don't know them. You just wait on them and service their needs. I thought he was pulling a joke on somebody."

Patterson then told Anderson, "I have to ask you never to say anything about this because I've done this for my wife because I'm dying of cancer. I want to leave something for my wife." "What the heck," Anderson says now, "If people will buy it, why not? People will buy anything. He was giving me this sob story about his health, and he wanted to leave something for his wife, and you know, I wasn't doing it [shooting a fake film]. I was just listening to his story. I really didn't pay that much attention to it. It wasn't important."

Additional eyewitness testimony that Patterson faked Bigfoot prints comes independently from Roger Patterson's brother-in-law Bruce Mondor: "Roger made the footprints, and he explained the whole damn thing to me. He showed me the big foot; it didn't have an arch in it. It had toes like it should have. . . And I asked him... 'What do you do, you pick this up and slam it down?' It had to weigh twenty-five or thirty pounds. He said, 'Yeah, that's what I do.' I said, 'Then what do you do there [in the impression on the ground] ?' He said, 'I pour plaster of Paris in there.'

## The Bigfoot Costume

Long also uncovered Philip Morris, the man who actually made and sold a gorilla suit to Roger Patterson -- the one later used (with modifications) in his famous film.

**EXHIBIT 5 - PAGE 129**

GAINER0000343

Skeptical Inquirer 2004 Korff                                                          07/19/2006 11:13 AM

In 1967, about two months before the film was made, Morris received a telephone call from Patterson: "I was the only one who was making a gorilla suit like that at that time. I knew what my gorilla suit looked like. It was brown. In the fifties and sixties, I made my gorilla suits only in brown. Patterson asked me if I had a realistic-looking gorilla suit. I immediately asked him if he was a carny [carnival worker]. He said, 'No, I'm a rodeo cowboy. We're just going to have some fun.'"

Morris recalls, "So I took one of my gorilla suits and shipped it to him. Parcel post, if I remember. It was a standard suit we sold to all our customers. Then, not long after he would have received the suit, I got a call from him. He said he had received the suit, and that it seemed okay, but, he said, 'I can see the zipper in the back.' I told him, 'Just brush the fur down over the zipper.' The fur on the suit was a material called Dynel. It was a nylon fiber, a popular material back then. It was used on lots of things, like plush toys, bathroom rugs and toilet seats. I bought it from my supplier in only two colors, black and brown. Then Roger wanted to know how to make the arms longer. I said, 'Find a shovel handle or a stick and slip it in the sleeves. Then attach the gloves to the stick.' That's how to extend the arms in a costume. You screw the gloves onto the stick. Then he said he wanted to make the shoulders more massive. I told him to go down to a local high school and get some old football pads the coaches would probably be happy to get rid of some old, cracked ones--and put them in the shoulders."

Bob Heironimus has never met nor talked to Philip Morris, yet Heironimus distinctly recalled the presence of shoulder pads in the Bigfoot suit that Patterson had modified, a fact that Philip Morris could not have known. This revelation is yet more evidence that the Patterson film is a hoax, and that Heironimus not only wore the suit but that Morris supplied it to Patterson.

Morris's wife and business partner, Amy, helped make the famed suit. "Roger called us a second time and he asked us to ship him some extra gorilla fur. So we sent him some excess Dynel that was lying around," she said.

Philip Morris picks up the story: "He wanted to know how to fix the eyes. He said, 'You can see the white of the skin, when he [his Bigfoot actor] looks through the eye holes.' I said, 'Well, take some black makeup and put it around the person's eyes, and also have him close his eyes and put the makeup on his eyelids. That should do it.' A couple of months later, October '67, I was watching TV, and this film is being shown; and I see my gorilla suit. "That's my suit!" I yelled. His wife came in and upon seeing the broadcast, agreed.

Today, Morris Costumes is the single largest manufacturer and supplier of costumes to Hollywood and to stores across the United States. Morris adds, "I'd say, looking at the [Patterson] Bigfoot film in one of the those TV productions, the guy who wore the suit must have had his clothes on because the suit was really tight on him." This was another important revelation that further proves the Patterson Bigfoot film is a hoax. Prior to Morris's comment for the record, Bob Heironimus, without Morris's knowledge, independently testified that he had, in fact, worn his clothes under the Bigfoot suit, and that it did indeed fit him rather tightly

Morris stated that a six-foot-tall person could fit inside the suit. Bob Heironimus is slightly taller than six feet, and he was very muscular as a youth, especially in the shoulders, arms, thighs, and legs. Photographs taken of Heironimus in 1967 confirm this. Using a technique called photogrammetry, a

**EXHIBIT 5 - PAGE 130**

GAINER0000344

study of the Bigfoot film done by the BBC calculated the height of the Bigfoot at just slightly over six feet.

When asked about the length of the latex feet that he supplied to Patterson along with the rest of the gorilla suit, Morris replied, "Oh, I'd say fourteen inches." Not surprisingly, the Bigfoot tracks Patterson later submitted as his evidence measured fourteen inches. Morris adds: "The heel [of the creature] is too square-looking. It's a dead giveaway. Those are definitely my feet that I sold Patterson,"

Regarding Bigfoot's gait, Morris states: "The Bigfoot researchers say that no human can walk that way in the film. Oh, yes they can! When you're wearing long clown's feet, you can't place the ball of your foot down first. You have to put your foot down flat. Otherwise, you'll stumble. Another thing, when you put on the gorilla head, you can only turn your head maybe a quarter of the way. And to look behind you, you've got to turn your head and your shoulders and your hips. Plus, the shoulder pads in the suit are in the way of the jaw. That's why the Bigfoot turns and looks the way he does in the film. He has to twist his entire upper body."

[*See also David Daegling and Daniel Schmitt's article "**Bigfoot Screen Test**" in the May/June 1999 issue of the Skeptical Inquirer, it's on Bigfoot Encounters website at:* **http://www.bigfootencounters.com/articles/SI_99_daegling.htm**]

Heironimus also confirmed that he had to turn his entire torso, instead of just his neck because of how he was constrained in the suit.

The Bigfoot thing just wasn't a big deal in my life," Morris now reflects. "In the 1980's the film didn't have the momentum it had at first. I decided to start talking about it. In the last few years all these documentaries have come out. Most people by now know the film is a hoax, or they should know. We're at a point in the public's relationship with the Bigfoot story; it's time to tell my story. I've been thinking about the story for forty years."

**The Eye Has It**

The Patterson film also contains additional evidence that validates Heironimus's claim. It was originally discovered by one of the authors (Korff) when analyzing a first-generation, color-corrected copy of the film that Roger Patterson's widow Patty herself supplied and was later shown in *Fox's "World's Greatest Hoaxes."* The key can be found in the seconds that surround frame 352, the famous portion of the dip where the "creature" looks back over its right shoulder and stares briefly at the camera.

When enlarged and studied carefully in detail, the frames reveal a sudden burst of light on the right eye, which cannot be explained by normal sunlight reflecting off of an organic eye. Curiously, its left eye remains in shadow, even though there is nothing around the face to block the light. According to Heironimus, a cloth with two holes in it for him to see through was draped over the front of the football helmet at least one inch away from his own eyes. This explains why the left eye of the "creature" is in shadow, because it is obscured by the cloth. However, this does not explain the light that appears in the right eye.

**EXHIBIT 5 - PAGE 131**

GAINER0000345

What does explain this sudden flash is a secret about Bob Heironimus that only he and his closest friends are aware of: Heironimus's right eye is missing, and he wears a prosthetic, or glass, eye! It ~~was~~ this glass eye of his that reflected the bright sunlight. Detailed enlargements and enhancements of this area suggest that these reflections are consistent with what one would expect of a glass eye and are not the result of anything organic in nature.

Further evidence in the Patterson film also vindicates Heironimus story. The alleged "fur line" of the creature that goes down its back is in the exact spot where both Heironimus and Morris claim the zipper is located. Remember, Morris distinctly told Patterson how to hide this zipper from view, advising him to comb down the fur on the suit with a brush. Sure enough, this Bigfoot, a wild creature presumably living in wilderness, is remarkably clean and carefully groomed.

Also, in frame 61, the bottom of the Bigfoot's right foot is easily seen. Not only is the arch on the wrong side, indicating that Bigfoot has two left feet, but as this author (Korff) first pointed out in the Fox special, the shape of the feet do not match the casts from the tracks that were later recovered at the site.

Dr. Jeff Meldrum, Ph.D., an anthropologist at the University of Idaho, is a firm believer in the authenticity of the Patterson film. Meldrum is convinced that the tracks found at the site match the soles of the feet visible in the Patterson film. With all due respect to Meldrum's enthusiasm, evidence has yet to be presented that the prints that were purportedly left at the site match the bottoms of the feet of the creature. Morris's fourteen-inch "gorilla feet" are not physically capable of making the deep tracks that were later supposedly documented.

## Conclusion

Since the publication of Longs book, the media reaction has been overwhelmingly positive. The mainstream press is no longer taking the Patterson Bigfoot film seriously as evidence of anything but a hoax. Sadly, the reaction by many Bigfoot researchers has been not only negative, but also outright hostile. Unable to disprove these damaging revelations, they have resorted to everything from name-calling and threats of violence and lawsuits to accusing everyone of being liars. Such behavior shows that when people cannot face facts, they tend to "shoot the messenger" instead of dealing responsibly with the truth.

"This book was written for the general public, who have been misled over the years, not the Bigfoot community," explains Long. "They never bothered investigating Roger Patterson and his long trail of fraud very carefully. Their standards of 'evidence' are not what science demands. It's their problem to find a way to deal with all of this now, the media and the public are moving on with their lives. We must remember, there are still people on the earth who believe that this planet is flat and not round.

© SKEPTICAL INQUIRER July/August 2004 pg 35

- ---

According to Daniel Perez, LETTERS to the editors of the *Skeptical Inquirer* are welcomed but letters should not be more than 225 words: **SkeptInq@aol.com** "(include name and address).

Letters of response to the above article can be read here:
**http://www.bigfootencounters.com/articles/response_si.htm**

**EXHIBIT 5 - PAGE 132**

GAINER0000346

- ---

Kal Korff is an internationally known analyst, author, investigative journalist, and researcher. The esident and CEO of Critical Thinkers, Korff is the author of Spaceships of the Pleiades: The Billy Meier Story and The Roswell UFO Crash: What They Don't Want You to Know. His next book, Secret Wars: Defending Against Terrorist Plots will be published by Prometheus Books later this year. Korff can be reached at **kalkorff@kalkorff.com** and has a website at **http://www.kalkorff.com**

Michaela Koch is a radio broadcaster for Expressradio and an investigative journalist for Mlada DNES, the Czech Republic's largest newspaper. . Her e-mail address is **mkocka@hotmail.com** and her website is at **http://www.michaelakocis.com** Kocis is the first journalist to write a definitive exposé article series on Greg Long's research, having been given exclusive access to the investigative team.

Greg Long from Washington State is a technical editor and writer for an environmental engineering company, and the author of Examining the Earthlight Theory: The Yakima UFO Microcosm, a study of UFO sightings on the Yakima Indian Reservation in south-central Washington State

- ---

**Back to What's New?**
**Back to Newspaper & Magazine Articles**
**Home/Main**

Portions of this website are reprinted and sometimes edited to fit the standards of this website under the Fair Use Doctrine of International Copyright Law as educational material without benefit of financial gain.
**http://www4.law.cornell.edu/uscode/17/107.html**
This proviso is applicable throughout the entire *Bigfoot Encounters* Website.

**EXHIBIT 5 - PAGE 133**

GAINER0000347

1¾" to 1* foot



6.5
―――――
3¼ x 2
~~1¾~~ 1¾
2¼ x 2
1¾ x 1
1' 5" x .1

**EXHIBIT 5 - PAGE 134**

GAINER0000348



**EXHIBIT 5 - PAGE 135**

GAINER0000349