DESIGN

C. G. SHEPARD & P. ADAMS.

TOY SAVINGS BANK.

No. 16,728.

Patented June 8, 1886.



Theodore L. Popp.
chas. J. Buchheit.
} Witnesses.

Chas. G. Shepard,
Peter Adams } Inventors.

By Wilhelm Bonner
Attorneys.

EXHIBIT 12 - PAGE 248

# UNITED STATES PATENT OFFICE.

CHARLES G. SHEPARD AND PETER ADAMS, OF BUFFALO, NEW YORK; SAID ADAMS ASSIGNOR TO WALTER J. SHEPARD, OF SAME PLACE.

## DESIGN FOR A TOY SAVINGS-BANK.

SPECIFICATION forming part of Design No. 16,728, dated June 8, 1886.

Application filed May 1, 1886.   Serial No. 200,883.   Term of patent 7 years.

*To all whom it may concern:*

Be it known that we, CHARLES G. SHEPARD and PETER ADAMS, citizens of the United States, residing at Buffalo, in the county of
5 Erie and State of New York, have invented and produced a new and original Design for Toy Savings-Banks, of which the following is a specification.

This design relates to the general configura-
10 tion of an ornamental toy savings-bank; and our new design is clearly represented in the accompanying drawing, which forms part of this specification.

A represents the four-sided base or pedes-
15 tal, having its front side ornamented with the figure of an eagle, represented as carrying a ribbon.

B represents the figure of a man standing on the base or pedestal A, with his right hand
20 held out.

C represents a satchel or traveling-bag rest-ing on the base A by the side of the figure B and underneath the outstretched right hand of the same. The left hand of the figure car-ries an umbrella. 25

We claim—

The design for a toy savings-bank herein shown and described, the same consisting of a base or pedestal, the figure of a man stand-ing on the same, and a satchel resting on the 30 base by the side of the figure, substantially as set forth.

Witness our hands this 20th day of April, 1886.

CHAS. G. SHEPARD.
PETER ADAMS.

Witnesses:
JNO. J. BONNER,
OSCAR SCHAUB.

EXHIBIT 12 - PAGE 249