

**EXHIBIT 13 - PAGE 250**



**EXHIBIT 13 - PAGE 251**

Case 8:17-cv-00672-JVS-DFM Document 46-16 Filed 03/12/18 Page 3 of 5 Page ID #:486

Hi **Sean** (Sign in)



| Search for anything | |
|---|---|

 Back to home page | Listed in category:  Collectibles  >  Banks, Registers & Vending  >  Mechanical Banks



  

$ Have one to sell?   **Sell now**

## Old Uncle Sam Mechanical Piggy Bank Vintage Coin J{
9"

| Condition: | Used |
|---|---|

| Price: | US $22.95 |
|---|---|

**Buy It Now**

**Add to cart**

👁 Add to watch list

⭐ Add to collection

**Located in United States**

| Shipping: | $8.95 Economy Shipping | See details |
|---|---|
| | Item location: Mountain Home, Arkansas, United States |
| | Ships to: Worldwide |
| Delivery: | Estimated on or before **Fri. Mar. 02** to   ❓ |
| Payments: | PayPal VISA MasterCard American Express Discover |
| | Credit Cards processed by PayPal |
| | **PayPal CREDIT** |
| | Get more time to pay. Apply Now | See terms |
| | See details |
| Returns: | 14 day returns. Buyer pays for return shipping. 20% restocking fee may apply | See details |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details |
| | Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller info**
super_fuely
100% Positiv

❤ Save th

Contact selle

Visit store:

See other ite

---

| Description | Shipping and payments |
|---|---|

Seller assumes all responsibility for this listing.

**Item specifics**

| Condition: | Used: An item that has been used previously. See the seller's listing for full details and description of … Read more | Original/Reproduction: | Original |
|---|---|---|---|
| Featured Refinements: | Uncle Sam Bank | | |

**EXHIBIT 13 - PAGE 252**

**Old Uncle Same Plastic Mechanical Bank**

Bank is in OK display shape.  Not busted up, but mechanical feature is not working, needs repaired.  Still great for dis

All plastic.  Stands 9 ¼" tall.  Marked "Copyright J.S.N.Y.  Made in Hong Kong".

Shipping and Returns Information:

Disclaimer: I ship within 3 business days of cleared payment, and that was specified when this ad was created as my
on the ad in red, is generated by eBay shipping software that is way-overly optimistic, not me. Thank you for your und

Postage charged is to cover actual postage, handling, packing materials, time, car & gas, and eBay postage fees. Re
and buyer pays shipping both ways.

Important, Shipments Outside the United States of America:

For international shipments the buyer must be aware of duty costs and is responsible for all duty costs.  Know your in
if an international bidder, please double-check shipping cost, because it will not be discounted. Priority-mail cost will b
in some cases to cover handling and above.

I do not offer international postage tracking. Since USPS cannot track some international packages, the Buyer will be
of the package once it ships and agrees not to hold the Seller responsible for non-delivered packages. No refund of p
international package that is lost or not delivered.  This is a legal and binding contract and by bidding you agree to the
understanding.



spg. Starwood Preferred Guest

Back to home page

More to explore :  Collectible Bear Piggy Banks,   Lefton Collectible Piggy Banks,   Collectible Piggy Banks,   Collectible Vehicle Piggy Banks,   Collectible Character Piggy Ba
Collectible Still & Piggy Banks

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2018 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Cookies and AdChoice ⓘ

 Norton SECURED

**EXHIBIT 13 - PAGE 253**





**EXHIBIT 13 - PAGE 254**