THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
KURT A. DREIBHOLZ (SBN 212779)
kdreibholz@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone: (213) 892-1200
Fax: (213) 892-1208

Attorneys for Defendant and Counter-claimant
THE KETCHUM GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON GAINER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KETCHUM GROUP, INC., d/b/a OUTDOOR TECHNOLOGY,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS | Case No.: 8:17-CV-00672<br><br>[Hon. James V. Selna]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE KETCHUM GROUP, INC.'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        April 16, 2018<br>Time:       1:30 p.m.<br>Courtroom: 10C |

REQUEST FOR JUDICIAL NOTICE

Defendant The Ketchum Group, Inc., respectfully requests that the court take judicial notice of Exhibit 3 to the Declaration of Sean M. Kneafsey, pursuant to Federal Rule of Evidence 201. As set forth in paragraph 5 of the Declaration of Sean M. Kneafsey, Exhibit 3 is a true and correct copy of certified copies of the copyright registration for the famous Patterson Gimlin film of Bigfoot titled "BIGFOOT-BLUFF CREK, CA. 1967" which was registered under the number PA 175-821. In addition, following this registration is a copy of a certified copy of the renewal of this copyright registration which was registered under the number RE 718-448.

These documents, which were generated by and are on file with the United States Copyright Office, "can be accurately and readily determined from sources whose accuracy cannot reasonably be questions." Fed. R. Evid. 201.

DATED: March 12, 2018   THE KNEAFSEY FIRM, INC.

By   */s/ Sean M. Kneafsey*
Sean M. Kneafsey
Attorneys for Defendant and Counter-Claimant
THE KETCHUM GROUP, INC.