# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CAMERON GAINER,<br><br>        Plaintiff,<br><br>v.<br><br>THE KETCHUM GROUP, INC., d/b/a OUTDOOR TECHNOLOGY,<br><br>        Defendant. | Case No. 8:17-CV-00672<br><br>[Hon. James V. Selna]<br><br>**ORDER TO CONTINUE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

ORDER GRANTING GAINER'S *EX-PARTE* APPLICATION

88833471.1

PURSUANT TO PLAINTIFF'S *EX-PARTE* APPLICATION UNDER RULE 56(D) AND UNDER THE COURT'S INHERENT POWERS, IT IS HEREBY ORDERED THAT Defendant the Ketchum Group, Inc,'s Motion for Summary Judgment (Dkt. 40) be continued until after the close of expert discovery in this matter. The parties shall agree on a combined date for the hearing of their respective motions for Summary Judgment, that overlap in subject matter. Should there be disagreement with regard to scheduling or briefing, the parties shall arrange for a prompt telephonic status conference.

DATED: April 09, 2018

By: _____
Hon. James V. Selna
United States District Judge