UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAMERON GAINER, an individual Plaintiff, vs. THE KETCHUM GROUP, INC., et al, Defendant. | Case No.: 8:17-CV-00672 [Hon. James V. Selna] **ORDER SETTING HEARING DATE FOR MOTIONS FOR SUMMARY JUDGMENT** |
|---|---|

PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:

1. Plaintiff shall file its Motion for Summary Judgment on or before May 28, 2018;

2. Plaintiff's Motion for Summary Judgment shall be set for hearing on July 2, 2018, at 1:30 p.m.

3. Defendant's previously filed Motion for Summary Judgment [ECF No. 40] shall be re-set for hearing on July 2, 2018, at 1:30 p.m.

SO ORDERED

DATED: May 21, 2018           By _____
                                  Hon. James V. Selna
                                  United States District Judge CAMERON GAINER