1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CAMERON GAINER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KETCHUM GROUP, INC., et al,<br><br>Defendant. | Case No.: 8:17-CV-00672<br><br>[Hon. James V. Selna]<br><br>**ORDER CONTINUING HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT** |
|---|---|

1  PURSUANT TO THE STIPULATION OF THE PARTIES, AND GOOD
2  CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT:
3    1.  Plaintiff's Opposition to Defendant's Motion for Summary Judgment
4  shall be filed on or before June 18, 2018;
5    2.  Defendant's Reply Brief In Support of Summary Judgment shall be
6  filed on or before June 25, 2018;
7    3.  The hearing on the parties cross-motions for summary judgment be
8  continued until July 16, 2018 at 1:30 p.m.
9    SO ORDERED

DATED: June 11, 2018    By _____
                              Hon. James V. Selna
                              United States District Judge