THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

Attorneys for Defendant and Counter-claimant
THE KETCHUM GROUP, INC.

ROBINS KAPLAN LLP
DMartinez@RobinsKaplan.com
David Martinez, Bar No. 193183
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

ROBINS KAPLAN LLP
Christopher K. Larus (*pro hac vice*)
CLarus@RobinsKaplan.com
François O. Ecclesiaste (*pro hac vice*)
FEcclesiaste@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Plaintiff and Counter-Claim Defendant
Cameron Gainer, an individual

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON GAINER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KETCHUM GROUP, INC.,et al,<br><br>Defendant. | Case No.: 8:17-CV-00672<br><br>[Hon. James V. Selna]<br><br>**STIPULATION RE CONTINUANCE OF PRE-TRIAL DEADLINES DUE TO RESOLUTION OF ACTION** |

WHEREAS, the parties have entered into an agreement resolving this action;

WHEREAS, the agreement contains a condition that must be met on or before July 16, 2018;

WHEREAS, as soon as that condition has been met, the parties will submit a stipulation to dismiss this action with prejudice with each side to bear their own fees and costs;

WHEREAS, there are a series of pre-trial deadlines between now and July 16, 2018;

WHEREAS, in order to preserve party and judicial resources and given the likelihood that this action will be dismissed on or before July 16, 2018, the parties respectfully request the deadlines set forth below be continued pending dismissal of this action:

WHEREFOR, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THROUGH THEIR ATTORNEYS OF RECORD, SUBJECT TO THE APPROVAL OF THE COURT, THAT the following deadlines be continued pending dismissal of this action:

| Event | Current Date | Proposed Continued Date |
|---|---|---|
| Plaintiffs' Reply In Support of Summary Judgment | July 2, 2018 | July 23, 2018 |
| Hearing on Cross Motions for Summary Judgment | July 16, 2018 | August 6, 2018 |
| Last Day to File Motions In Limine | July 2, 2018 | July 23, 2018 |
| Final PreTrial Conference | July 30, 2018 | August 6, 2018 |

STIPULATION RE CONTINUANCE OF PRETRIAL DEADLINES DUE TO RESOLUTION OF ACTION

1    SO STIPULATED:

2
3    DATED:  June 29, 2018          ROBINS KAPLAN LLP

4
                                          */s/ François Ecclesiaste*
5                                   By _____
                                          François Ecclesiaste
6                                   Attorneys for Plaintiff,
                                    CAMERON GAINER
7
8    DATED:  June 29, 2018          THE KNEAFSEY FIRM, INC.

9
                                          */s/ Sean Kneafsey*
10                                  By _____
                                          Sean Kneafsey
11                                  Attorney for Defendant,
                                    KETCHUM INC.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE CONTINUANCE OF PRETRIAL DEADLINES DUE TO RESOLUTION OF ACTION

**ATTESTATION**

I, Sean M. Kneafsey, am the CM/ECF user whose ID and password are being used to file this document.  In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in the filing of this document.

By  */s/ Sean M. Kneafsey*
_____
Sean M. Kneafsey

STIPULATION RE CONTINUANCE OF PRETRIAL DEADLINES DUE TO RESOLUTION OF ACTION