THE KNEAFSEY FIRM, INC.
SEAN M. KNEAFSEY (SBN 180863)
skneafsey@kneafseyfirm.com
800 Wilshire Blvd., Suite 710
Los Angeles, California 90017
Phone:  (213) 892-1200
Fax:  (213) 892-1208

Attorneys for Defendant and Counter-claimant
THE KETCHUM GROUP, INC.

ROBINS KAPLAN LLP
DMartinez@RobinsKaplan.com
David Martinez, Bar No. 193183
2049 Century Park East, Suite 3400
Los Angeles, CA 90067-3208
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

ROBINS KAPLAN LLP
Christopher K. Larus (*pro hac vice*)
CLarus@RobinsKaplan.com
François O. Ecclesiaste (*pro hac vice*)
FEcclesiaste@RobinsKaplan.com
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500
Facsimile: (612) 339-4181

Attorneys for Plaintiff and Counter-Claim Defendant
Cameron Gainer, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON GAINER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE KETCHUM GROUP, INC.,et al,<br><br>Defendant. | Case No.: 8:17-CV-00672<br><br>[Hon. James V. Selna]<br><br>**STIPULATION RE DISMISSAL OF ACTION** |

WHEREAS, the parties have entered into an agreement resolving this action;

WHEREFOR, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that, pursuant to the terms of the agreement, the above-captioned action and related counterclaims are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own litigation costs, attorneys' fees, and other expenses arising from or related to this action.

SO STIPULATED:

DATED: July 18, 2018        ROBINS KAPLAN LLP

By  */s/ François Ecclesiaste*
    François Ecclesiaste
    Attorneys for Plaintiff,
    CAMERON GAINER

DATED: July 18, 2018        THE KNEAFSEY FIRM, INC.

By  */s/ Sean Kneafsey*
    Sean Kneafsey
    Attorney for Defendant,
    KETCHUM INC.

**ATTESTATION**

I, Sean M. Kneafsey, am the CM/ECF user whose ID and password are being used to file this document. In compliance with L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories have concurred in the filing of this document.

By  */s/ Sean M. Kneafsey*
Sean M. Kneafsey